**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7                        IN THE UNITED STATES DISTRICT COURT
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9
10
11   WENDY D WHITSON                          NO. CV 07-05597 CW
                                             **CLERK'S NOTICE RE: FAILURE**
12           Plaintiff,                       **TO FILE ELECTRONICALLY**
                                             **DOCKET NO. 1  AND/OR**
        v.                                   **REGISTER AS AN E-FILER.**
13
14   BUMBO LIMITED, ET AL.
15           Defendant.
                                    /
16
17   On November 2, 2007, counsel for Plaintiff  filed a Complaint, docket #1,  manually, on paper.  This
18   case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.
19
20   The above mentioned  paper document has been filed and docketed. However, General Order 45
21   provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be
22   presumptively  designated"  as e-filing cases. Therefore, counsel for Plaintiff should submit the
23   Complaint, docket #1, in PDF format within 10 days, as an attachment in an *e-mail* message directed
24   to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the **Judges**
25   button and follow the procedure listed there).  Do ***not*** e-file a document which has been previously filed
26   on paper, as is the case with the above mentioned filing. All subsequent papers should be e-filed.
27
28

1    Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

2    become an ECF User and be assigned a user ID and password for access to the system upon designation

3    of the action as being subject to ECF." Counsel in this case who have not yet registered as ECF Users

4    must do so immediately. Forms and instructions for registering can be found on the Court's Web site

5    at ecf.cand.uscourts.gov.

6    Dated: November 28, 2007                   <u>Cynthia Lenahan</u>
                                          Deputy Clerk

**United States District Court**
For the Northern District of California

2