# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## Northern District of California

Case Number: CV 07 5597

Plaintiff:
**Wendy D. Whitson, individually et al**

vs.

Defendant:
**Bumbo, Bumbo Limited, Bumbo (PTY) Ltd, and Target Corporation**

For:
Jeremy R. Fietz
Edgar Law Firm
408 College Avenue
Santa Rosa, CA 96401

Received by Still Waters Process Service on the 16th day of November, 2007 at 11:38 am to be served on **Bumbo, 12248 Fm 1485, Conroe, TX 77306**.

I, Jesse Spicer, being duly sworn, depose and say that on the **16th day of November, 2007** at **1:50 pm, I:**

**CORPORATE:** served by delivering a true copy of the **Summons and Complaint, Order Setting CMC Deadlines and Notice of Availability** with the date and hour of service endorsed thereon by me, to: **Dione Buchanon** as **Owner** for **Bumbo**, and informed said person of the contents therein, in compliance with state statutes.

I am approved by the Supreme Court of Texas, Misc. Docket No. 05-9122 under rule 103 and 536(a) of the TRCP to serve citations and other notices from any District, County and Justice Courts in and for the State of Texas. I am competent to make this oath; I am not a party to the above-referenced cause; am not less than 18 years of age; am not interested in the outcome of the above-referenced cause; and have never been convicted of a felony or crime of moral turpitude;

[Notary seal: ROBERT FLOYD MORELAND MY COMMISSION EXPIRES August 29, 2009]

Subscribed and Sworn to before me on the 20th day of November, 2007 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

_Jesse Spicer_
Jesse Spicer
SCH1166

**Still Waters Process Service**
715 W. Davis
Suite 68
Conroe, TX 77301
(936) 672-4775
Our Job Serial Number: 2007000684