Donald S. Edgar, Esq. (State Bar No. 139324)
Jeremy R. Fietz, Esq. (State Bar No. 200396)
Rex Grady, Esq. (State Bar No. 232236)
**EDGAR LAW FIRM**
408 College Avenue
Santa Rosa, CA 95401
Telephone: (707) 545-3200
Facsimile: (707) 578-3040

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br>v.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD., and TARGET CORPORATION,<br><br>　　　　　Defendants. | Case No. 07-5597 CW<br><br>"Unlimited Civil"<br><br>CLASS ACTION<br><br>**REQUEST TO ENTER DEFAULT; DECLARATION OF JEREMY R. FIETZ, ESQ. IN SUPPORT** |

TO:　THE CLERK OF THE ABOVE-ENTITLED COURT

　　　Plaintiff WENDY D. WHITSON, individually and on behalf of all others similarly situated hereby requests that the Clerk of the above-entitled Court enter default in this matter against defendant, BUMBO, on the ground that said defendant has failed to appear or otherwise respond to the complaint within the time prescribed by the Federal Rules of Civil Procedure. Plaintiff served the summons and complaint on defendants, BUMBO, on November 16, 2007, evidenced by the notarized Affidavit of Service on file with the Court.

　　　The above stated facts are set forth in the accompanying declaration of Jeremy R. Fietz, Esq., filed herewith.

DATED: December 19, 2007　　　　　　　　　EDGAR LAW FIRM

　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Jeremy R. Fietz_
　　　　　　　　　　　　　　　　　　　　　　　　Jeremy R. Fietz, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## DECLARATION OF JEREMY R. FIETZ, ESQ.

1. I am a partner of the Edgar Law Firm, attorneys for representative plaintiff, Wendy Whitson. I have knowledge of the following facts and believe them to be true.

2. The Edgar Law Firm delivered the Summons, Complaint, Order Setting CMC Deadlines and Notice of Availability to Still Waters Process Service in Conroe, Texas, with instructions to serve Bumbo at its Texas address.

3. We received oral confirmation of service of the documents on November 16, 2007, followed by receipt of the Affidavit of Service, executed by the process server who is approved by the Court to serve process in the State of Texas (as described in the Affidavit of Service). The Affidavit of Service was notarized. The Affidavit of Service was duly filed in this case through the Electronic Case Filing system of the Northern District of California.

4. To date, we are unaware of any appearance in this Court by defendant Bumbo, or any of its related entities.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 19, 2007, at Santa Rosa, California.

Jeremy R. Fietz, Esq.