**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　510.637.3530

December 27, 2007

RE:  CV 07-05597 CW　　　WENDY D WHITSON -v- BUMBO, ET AL

Default is entered as to Bumbo on 12/27/07.

　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　by Clara Pierce
　　　　　　　　　　　　　　　　　　　　Case Systems Administrator

NDC TR-4  Rev. 3/89