1

2  Rod D. Margo (State Bar No.: 097706)
   Jennifer J. Johnston (State Bar No.: 125737)
3  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
4  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
5  Facsimile:  (310) 557-1299
   Email: rmargo@condonlaw.com
6  Email: jjohnston@condonlaw.com

7  Attorneys *Specially Appearing*  for Defendant
   BUMBO (PTY) LIMITED
8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

| 12 | WENDY D. WHITSON, individually and on behalf of all others similarly situated, | ) | Case No. CV07-5597 CW |
|---|---|---|---|
| 13 | | ) | NOTICE OF MOTION AND MOTION TO SET ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF JENNIFER J. JOHNSTON; DECLARATION OF JESSICA VIKER; REQUEST FOR JUDICIAL NOTICE |
| 14 | Plaintiffs, | ) | |
| 15 | vs. | ) | |
| 16 | BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD., and TARGET CORPORATION, | ) | |
| 17 | | ) | |
| 18 | Defendants. | ) | |
| 19 | | ) | |

20            Date:  February 14, 2008
21            Time:  2:00 p.m.
              Place: Courtroom of the Hon.
22                   Claudia Wilken

23      PLEASE TAKE NOTICE that, on February 14, 2008, at 2:00 p.m., or as

24  soon thereafter as the matter may be heard, in Courtroom 2, before the Hon. –

25  Claudia Wilkin, defendant BUMBO (Pty) LIMITED("Bumbo-Pty") shall and

26  hereby does respectfully move this Court, pursuant to Fed. R. Civ. P. 55(c) to set

27

28  NOTICE OF MOTION AND MOTION TO SET ASIDE
    DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER
    SERVICE, LACK OF PERSONAL JURISDICTION AND
    FAILURE TO SERVE, AND FOR SANCTIONS
    CASE NO.: CV07-5597 CW

1  aside the default and dismiss this action pursuant to Fed R. Civ. P. 12(b)(2) and
2  12(b)(5). Bumbo-Pty further requests sanctions in the amount of $11,922.00
3  against Wendy D. Whitson, Donald S. Edgar, Jeremy R. Fietz and Rex Grady for
4  bad faith conduct in seeking default. Bumbo-Pty's motion is based upon this
5  Notice of Motion and Motion, the following Memorandum of Points and
6  Authorities, the attached Declarations of Jennifer J. Johnston, Jessica Viker and
7  Johnny Klopper, the Complaint, and such additional matters as may be judicially
8  noticed or properly come before this Court prior to or at the hearing on this matter.

Dated: December 28, 2007         CONDON & FORSYTH LLP

By: _____
ROD D. MARGO
JENNIFER J. JOHNSTON

Attorneys *Specially Appearing* for
Defendant BUMBO (PTY) LIMITED

-2-
NOTICE OF MOTION AND MOTION TO SET ASIDE
DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER
SERVICE, LACK OF PERSONAL JURISDICTION AND
FAILURE TO SERVE, AND FOR SANCTIONS
CASE NO.: CV07-5597 CW

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030