Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys for Defendant
BUMBO (PTY) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON, etc., et al.,<br>Plaintiff,<br>vs.<br>BUMBO, et al.,<br>Defendants. | Case No. CV-07-5597 CW<br><br>DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT OF BUMBO (PTY) LTD.'S MOTION TO SET ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS<br><br>Date: February 14, 2008<br>Time: 2:00 p.m.<br>Place: Courtroom of the Hon. Claudia Wilken |

I, Jennifer J. Johnston, declare:

1. I am a member of the law firm of Condon & Forsyth LLP, attorneys of record for defendant Bumbo (Pty) Ltd. ("Bumbo-Pty"). I have personal knowledge of the facts stated in this declaration, except for those facts stated upon information and belief and, as to those factors, I am informed and believe that they are true and correct. If called as a witness, I could competently testify to these facts. I submit this declaration in support of Bumbo-Pty's Motion to Set Aside Default, Quash Service, Dismiss for Improper Service, Lack of Personal

Jurisdiction and Failure to Serve, and For Sanctions.

2. I am informed and believe that in November 2007, Bumbo-Pty learned through co-defendant, Target Corporation ("Target"), that this lawsuit had been filed.

3. I am informed and believe that Bumbo-Pty had no information that it had been served, but it learned through Target that Donald S. Edgar, plaintiff's attorney, was claiming that he had served "Bumbo."

4. Bumbo-Pty intially retained the law firm of Condon and Forsyth LLP ("C&F") to monitor the docket and ensure that default would not be taken.

5. Bumbo-Pty also requested C&F to contact plaintiff's attorney and request information about the purported service.

6. On November 19, 2007, I sent a letter to plaintiff's counsel requesting information regarding service of the summons and complaint. I further requested that counsel advise C&F before a default was requested. A true and correct copy of this letter is attached hereto as Exhibit "A."

7. I received a letter from plaintiff's counsel, Donald S. Edgar ("Edgar") dated November 21, 2007. Edgar refused to provide me with any information regarding service or to "enter into any agreements" with C&F regarding the decision to seek default. A true and correct copy of this letter is attached hereto as Exhibit "B."

8. I then sent another letter to plaintiff's counsel on November 21, 2007, advising that C&F had no record of any service made on Bumbo-Pty and further requesting counsel provide information and "refrain from any attempts to take a default judgment against Bumbo." No response was received. A true and correct copy of this letter is attached hereto as Exhibit "C."

9. C&F learned that plaintiff filed a proof of service on December 11,

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT OF BUMBO (PTY) LTD.'S MOTION TO SET ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS
CASE NO.: CV07-5597 CW

2007, claiming that she effected service on "Bumbo" by serving "Dione Buchanan" as "owner" in Conroe, Texas. C&F attempted to obtain information about the purported service and learned that the summons and complaint were delivered to Wartburg Enterprises, Inc. ("Wartburg"), a Texas distributor of the Baby Sitter.

10. On December 19, 2007, C&F was retained to defend Bumbo-Pty in this matter and to respond to the purported attempt at service. C&F attempted to contact personnel at Bumbo-Pty and learned that the plant had shut down for the last two weeks of the year for the holidays.

11. On December 20, 2007 (one court day before Christmas), plaintiff filed a request to enter default against "Bumbo." C&F learned about the filing of the request on December 21, 2007, by monitoring the docket. Plaintiff, at no time, attempted to contact C&F before filing the request to enter default.

12. C&F did not even receive a courtesy copy of the filing of the request.

13. Upon information and belief, the address that was served by plaintiff appears to belong to a facility owned by Wartburg. Wartburg acts as a distributor for the "Baby Sitter" but is a separate company incorporated in Florida and not an agent for service of process for defendant. A true and correct copy of Wartburg's Articles of Incorporation is attached hereto as Exhibit "D."

14. On December 21, 2007, I sent a *third* letter to plaintiff's counsel advising them that they had, in fact, not served Bumbo-Pty and requesting that they withdraw their Request to Enter Default. Again, C&F received no response to this letter. A true and correct copy of this letter is attached hereto as Exhibit "E."

15. From December 21-24, 2007, C&F drafted a motion to dismiss plaintiff's action for insufficiency of service of process and lack of personal jurisdiction. I forwarded declarations to support the motion to representatives of

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-3-

DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT OF BUMBO (PTY) LTD.'S MOTION TO SET ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS
CASE NO.: CV07-5597 CW

Bumbo-Pty for signature. Due to the holidays and the closing of the plant, there has been a delay in obtaining the signed declarations.

16. On December 27, 2007, C&F learned from Target's counsel that a default had been entered against "Bumbo." On December 28, 2007, C&F filed this motion on behalf of Bumbo-Pty.

17. As of the date of this motion, I have still not received any communication from plaintiff's counsel regarding any service issue, other than the above-referenced letter of November 21, 2007.

18. Attached hereto as Exhibit "F" is a true and correct copy of Gerhard Wagenaar's ("Wagenaar") unsigned Declaration. Wagenaar is Financial Director for Bumbo-Pty. The declaration has been forwarded to Wagenaar for signature. Due to the holidays, there has been a delay in return of said declaration. I will file the signed declaration as soon as I am in receipt of such. I am informed and believe that the declaration is true and correct as prepared.

19. I have spent 10 hours of time in attempting to set aside the default in this action. This includes my time in preparation of the declarations, review of the Motion and Memorandum of Points and Authorities in Support Thereof, communications with my client, and communications with plaintiff's counsel. My hourly rate is $375.

20. Most of the preparation of the Motion and Memorandum of Points and Authorities was completed by Lisa M. Pierce, Esq. ("Pierce"). Pierce spent 41.2 hours on the preparation of this Motion. Pierce's hourly rate is $185.

21. Jessica Viker is a paralegal at C&F ("Viker"). Viker has spent 5 hours in monitoring the court's docket daily as well as in communications with plaintiff's counsel. Viker's hourly rate is $110.

22. The total fees expended thus far in C&F's attempt to set aside the

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-4-

DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT OF BUMBO (PTY) LTD.'S MOTION TO SET ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS
CASE NO.: CV07-5597 CW

default are $11,922. Bumbo-Pty is requesting this amount in sanctions against Wendy D. Whitson, Donald S. Edgar, Jeremy R. Fietz, and Rex Grady.

23. I anticipate that myself, Pierce and Viker will spend additional time in responding to any opposition papers received, preparing for the hearing in this matter and traveling to said hearing. C&F reserves the right to submit further declarations concerning additional expenses incurred.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of December, 2007 at Los Angeles, California.

Jennifer J. Johnston

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-5-

DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT OF BUMBO (PTY) LTD.'S MOTION TO SET ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS
CASE NO.: CV07-5597 CW

**EXHIBIT A**

Corrected 63140 Bumbo/[illegible]

CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

November 19, 2007

**VIA FACSIMILE AND REGULAR U.S. MAIL**

Donald S. Edgar, Esq.
THE EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401

**Re: Wendy D. Whitson, etc. v. Bumbo, et al.**
**United States District Court – Northern District of California**
**Case No. CV07-5597 CW**
**C & F File No.: 8123.63140**

Dear Mr. Edgar:

We are attorneys for Bumbo (Pty) Ltd. We understand that you filed the above-referenced lawsuit in the Northern District of California on November 2, 2007, and have named Bumbo as a defendant in that action.

At present, Bumbo has no information that it has received the summons and complaint in the above-referenced lawsuit by any purported means of service. Further, according to the court's docket, no proof of service showing any purported service on Bumbo has been filed.

If it is your contention that Bumbo has been served with a summons and complaint, we request that you advise us immediately and provide us with the details of the purported service, including the name of the person upon whom service was purportedly made, the date of the purported service, the place of the purported service, and the method by which the service was purportedly made.

Also, since Bumbo is a South African company and any attempts of service will need to be made through proper channels in South Africa, we request that you advise us immediately when you believe you have effected service on Bumbo in South Africa.

Lastly, if, at any time, you believe that you have effected service on Bumbo, we request that you advise us before you attempt any default proceedings against Bumbo.

CONDON & FORSYTH LLP

Donald S. Edgar, Esq.
November 19, 2007
Page 2

We thank you in advance for your anticipated cooperation with this matter.

Very truly yours,

Jennifer J. Johnston

JJJ:cj

-7-

CONDON & FORSYTH LLP

New York
Los Angeles
Washington, DC

**FACSIMILE TRANSMISSION**

| **Date:** November 15, 2007 | **No. of Pages including fax cover sheet:** 2 |
|---|---|
| **From:** Jennifer J. Johnston | **Facsimile No.: (310) 557-1299** |

| | **RECIPIENT** | **COMPANY** | **FAX NO.** | **PHONE NO.** |
|---|---|---|---|---|
| | Donald S. Edgar, Esq. | EDGAR LAW FIRM | 707.578.3040 | 707.545.3200 |

CONFIDENTIALITY: This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader is not the intended recipient or his/her agent, you have received this document in error, and any review, dissemination, distribution or copying is strictly prohibited. If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(310) 557-2030

**Re: Whitson v. Bumbo, et al.**

Please see the attached.

Thank you.

1901 Avenue of The Stars, Suite 850, Los Angeles, California 90067 Telephone 310.557.2030 Facsimile 310.557.1299

* * * Memory TX Result Report ( Nov. 19. 2007 5:29PM ) * * *

1) Condon&Forsyth
2)

Date/Time: Nov. 19. 2007 5:23PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 2836 | Memory TX | #06217075783040 | P. 3 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

CONDON & FORSYTH LLP

New York
Los Angeles
Washington, DC

**FACSIMILE TRANSMISSION**

| **Date:** November 15, 2007 | **No. of Pages including fax cover sheet:** 2 |
|---|---|
| **From:** Jennifer J. Johnston | **Facsimile No.:** (310) 557-1299 |

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| | Donald S. Edgar, Esq. | EDGAR LAW FIRM | 707.578.3040 | 707.545.3200 |

CONFIDENTIALITY: This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader is not the intended recipient or his/her agent, you have received this document in error, and any review, dissemination, distribution or copying is strictly prohibited. If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(310) 557-2030

**Re: Whitson v. Bumbo, et al.**

Please see the attached.

Thank you.

1901 Avenue of The Stars, Suite 850, Los Angeles, California 90067 Telephone 310.557.2030 Facsimile 310.557.1299

EXHIBIT B





Bumbo/Lamm
8123.63140

EDGAR LAW FIRM
ATTORNEYS AND COUNSELORS AT LAW
408 COLLEGE AVENUE
SANTA ROSA, CALIFORNIA 95401
Phone (707) 545-3200 • Facsimile (707) 578-3040

RECEIVED
NOV 26 2007
CONDON & FORSYTH LLP

Corresp. File
RS

ATTORNEYS

DONALD S. EDGAR
(Also admitted to Washington D.C. Bar)

JEREMY R. FIETZ

REX GRADY

E-Mail
don@classattorneys.com

jeremy@classattorneys.com

jrg@classattorneys.com

LEGAL ASSISTANTS

SHANNAH J. AHMED

SELENA A. LA RUE

E-Mail
sjm@classattorneys.com

sal@classattorneys.com

21 November 2007

via Fax to (310) 557-1299 and U.S. Mail

Jennifer J. Johnston, Esq.
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Ste. 850
Los Angeles, CA 90067-6010

Re: Dylan Lamm, etc., et al. v. Bumbo, et al.
United States District Court-Northern District
Case No. CV07-04807 MHP
Your file No. 8123.63140

Dear Ms. Johnston:

This letter is written to acknowledge receipt of yours of November 15, 2007, regarding the above-captioned matter.

Please be advised that, with all due respect, we request that you all do whatever you all need to do to represent your clients. At this time, we respectfully decline to enter into any agreement(s) set forth in your letter of November 15, 2007.

Very truly yours
EDGAR LAW FIRM

[signature]

Donald S. Edgar, Esq.

DSE:sks

EXHIBIT C

CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

November 21, 2007

**VIA FACSIMILE AND U.S. MAIL**

Donald S. Edgar, Esq.
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401

Re: **Dylan Lamm, etc., et al. v. Bumbo, et al.**
**United States District Court – Northern District**
**Case No. CV07-04807 MHP**
**C & F File No.: 8123.63140**

Dear Mr. Edgar:

This is to acknowledge receipt of your letter dated November 21, 2007, in which you refused to provide us with any details of the purported service on Bumbo in South Africa. We can interpret this only as an admission from you that you have not effected service of process through the proper channels.

As we previously advised you, Bumbo has no record of any attempts of purported service on it in South Africa and it remains our position that Bumbo has not been served. If you have any information contrary to this, we again invite you to provide it to us.

Also, we again request that you refrain from any attempts to obtain a default judgment against Bumbo. Should you chose to do so, we will have to advise the court of your lack of cooperation and seek whatever remedies may be appropriate.

Very truly yours,

Jennifer J. Johnston

JJJ:cj

1901 AVENUE OF THE STARS, SUITE 850, LOS ANGELES, CA 90067-6010 TELEPHONE 310.557.2030 FACSIMILE 310.557.1299

CONDON & FORSYTH LLP

Donald S. Edgar, Esq.
November 21, 2007
Page 2

bcc: Rod D. Margo, Esq.

Danie le Roux
(via email Daniel@wwb.co.za)

Jakobus van der Walt
(via email jakobusv@wwb.co.za)

Michael North, Esq.
(via email michaeln@wwb.co.za)

-12-



PLEASE READ ALL INSTRUCTIONS BEFORE COMPLETING THIS FORM.

**CORPORATION REINSTATEMENT**

FLORIDA DEPARTMENT OF STATE
Secretary of State
DIVISION OF CORPORATIONS

FILED
07 JUN 26 AM 8:48
SECRETARY OF STATE
TALLAHASSEE, FLORIDA

**REINSTATEMENT** 04-07

CR2E081 (1/07)

DOCUMENT # P01000072771

1. Corporation Name
Wartburg Enterprises, Inc

2. Principal Office Address - No P.O. Box #
12248 FM 1485
Suite, Apt. #, etc.
City & State
Conroe, TX
Zip 77306 Country Montgomery

3. Mailing Office Address
12248 FM 1485
Suite, Apt. #, etc.
City & State
Conroe, TX
Zip 77306 Country Montgomery

4. Date Incorporated or Qualified To Do Business in Florida: 7/24/01

5. FEI Number: 90-0186735 ☐ Applied For ☐ Not Applicable

6. CERTIFICATE OF STATUS DESIRED ☐ $8.75 Additional Fee required for a Certificate of Status

7. Name and Address of Current Registered Agent
Name: Grant Kaplan
Street Address (P.O. Box Number is Not Acceptable): 7200 W. Camino Real
Suite, Apt. #, Etc: #102
City: Boca Raton State: FL Zip Code: 33433

☐ The reinstatement fee is imposed, except in circumstances which the entity did not receive the prior notices. By checking this box, you are certifying the prior notices were not received and requesting the reinstatement fee be waived.

8. I, being appointed the registered agent of the above named corporation, am familiar with and accept the obligations of section 607.0505 or 617.0503, F.S.

Signature of Registered Agent: [signature]
REGISTERED AGENT MUST SIGN
Date 06/20/07

9. Names and Street Addresses of Each Officer and/or Director (Florida nonprofit corporations must list at least 3 directors)

| Titles | Name of Officers and/or Directors | Street Address of Each Officer and/or Director | City / State / Zip |
|---|---|---|---|
| Pres | R. Gerbers | 7200 W. Camino Real, #102 | Boca Raton, FL 33433 |
| Vice Pres | M. Buchanan | 12248 FM 1485 | Conroe, TX 77306 |
| Vice Pres | H. Dammann | 11392 Ward Rd. | Conroe, TX 77306 |
| | | | |
| | | | |
| | | | |

600104861936
06/26/07--01025--015 **1208.75

$16/27

10. I certify that I am an officer or director or the receiver or trustee empowered to execute this application as provided for in chapter 607 or 617, F.S. I further certify that when filing this reinstatement application, the reason for dissolution has been eliminated, the corporate name satisfies the requirements of section 607.0401 or 617.0401, F.S., that all fees owed by the corporation have been paid and the names of individuals listed on this form do not qualify for an exemption contained in Chapter 119, F.S. The information indicated on this application is true and accurate, and my signature shall have the same legal effect as if made under oath.

SIGNATURE: [signature] Mark Buchanan 4/17/07 832-276-6693
SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR — Date — Daytime Phone #

02203

2002

**FOR PROFIT CORPORATION**
**UNIFORM BUSINESS REPORT (UBR)**

DOCUMENT # P01000072771

1. Entity Name

Wartburg Enterprises, Inc.

**DO NOT WRITE IN THIS SPACE**

FILED

03 FEB 21 AM 11:42

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

900012974659
02/21/03--01112--023 **300.00

DO NOT WRITE IN THIS SPACE

2. Principal Place of Business

Suite, Apt. #, etc. 130 NE 4th Ave
City & State Deerfield Beach, FL.
Zip 33441 Country

3. Mailing Address

Suite, Apt. #, etc. 130 NE 4th Avenue
City & State Deerfield Beach, FL.
Zip 33441 Country

4. FEI Number 65-0883967 ☐ Applied For ☐ Not Applicab

5. Certificate of Status Desired ☐ **$8.75** Additional Fee Required

**DO NOT WRITE IN THIS SPACE**

**7. Name and Address of Current Registered Agent**

Name R. Gebers
Street Address (P.O. Box Number is Not Acceptable)
130 NE 4th Avenue
City Deerfield Beach **FL** Zip Code 33441

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE [signature] 2/18/03

Signature, typed or printed name of registered agent and title if applicable. (NOTE: Registered Agent signature required when reinstating) DATE

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

January 1 - May 1 Fee is $150.00
After May 1, Fee is $550.00
Amended UBR is $61.25
Make Check Payable to Department of State

10. Election Campaign Financing Trust Fund Contribution. ☐ **$5.00** May Be Added to Fees

11. OFFICERS AND DIRECTORS

TITLE PSDT
NAME R. Gebers
STREET ADDRESS 130 NE 4th Avenue
CITY-ST-ZIP Deerfield Beach, FL 33441

TITLE
NAME
STREET ADDRESS
CITY-ST-ZIP

TITLE
NAME
STREET ADDRESS
CITY-ST-ZIP

TITLE
NAME
STREET ADDRESS
CITY-ST-ZIP

TITLE
NAME
STREET ADDRESS
CITY-ST-ZIP

TITLE
NAME
STREET ADDRESS
CITY-ST-ZIP

**DO NOT WRITE IN THIS SPACE**

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or on an attachment with an address, with all other like empowered.

SIGNATURE: [signature] 2/18/03

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR Date Daytime Phone #

2003

# FOR PROFIT CORPORATION UNIFORM BUSINESS REPORT (UBR)

DOCUMENT # P01000072771

1. Entity Name

Wartburg Enterprises, Inc.

DO NOT WRITE IN THIS SPACE

2. Principal Place of Business

Suite, Apt #, etc. 130 NE 4th Avenue

City & State Deerfield Beach, Florida

Zip 33441 Country

3. Mailing Address

Suite, Apt #, etc. 130 NE 4th Avenue

City & State Deerfield Beach, Florida

Zip 33441 Country

DO NOT WRITE IN THIS SPACE

4. FEI Number 65-0883967 Applied / Not App[lied]

5. Certificate of Status Desired ☐ $8.75 Additiona[l] Fee Required

DO NOT WRITE IN THIS SPACE

7. Name and Address of Current Registered Agent

Name R. Gebers

Street Address (P.O. Box Number is Not Acceptable)

130 NE 4th Avenue

City Deerfield Beach FL Zip Code 33441

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE [signature] 2/18/03

Signature, typed or printed name of registered agent and title if applicable. (NOTE: Registered Agent signature required when reinstating) DATE

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. (See criteria on back) ☐

January 1 - May 1: Fee is $150.00
After May 1, Fee is $550.00
Amended UBR is $61.25
Make Check Payable to Department of State

10. Election Campaign Financing Trust Fund Contribution. ☐ $5.00 Ma[y be] Added to Fe[es]

11. OFFICERS AND DIRECTORS

| | | | |
|---|---|---|---|
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | PSVT<br>R. Gebers<br>130 NE 4th Ave<br>Deerfield Beach, FL 33441 | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | DO NOT WRITE IN THIS SPACE |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | |
| TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | | TITLE<br>NAME<br>STREET ADDRESS<br>CITY-ST-ZIP | |

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the informa[tion] indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or dire[ctor] of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or on attachment with an address, with all other like empowered.

SIGNATURE: [signature] 2/18/03

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR Date Daytime Phone #

EXHIBIT D

WARTBURG ENTERPRISES, INC.
130 N.E. 4TH Avenue
Deerfield Beach
Florida
33441

February 18, 2003

The Department of State
Division of Corporations
Tallahassee
Florida

Dear Sirs:

**RE: WARTBURG ENTERPRISES, INC. P01000072771**

We changed our address in December 2001 and filled out the relevant address change forms at the post office.

However, we never received the Annual Corporate Renewal form through the mail and only after our CPA asked us this month if we had paid the bill did we realize that the payment had not been made. We would appreciate it if you would accept the enclosed check for $ 300.00, which will include the fees for 2002 and 2003 and also abate the penalty.

We apologize for any inconvenience caused.

Sincerely,

R. Gerbers (Pres)



P01000073771

FILINGS, INC. ... SANTO...

(Requestor's ...)

2... LITTLE ... OAD

(Address)

TALLAHASSEE, FLORIDA 32308 385-6735

(City, State, Zip) (Phone #)

OFFICE USE ONLY

FILED 01 JUL 24 PM 3:16 SECRETARY OF STATE TALLAHASSEE FLORIDA

CORPORATION NAME(S) & DOCUMENT NUMBER(S) (if known):

1. Wartburg Enterprises, Inc (Corporation Name) (Document #)
2. (Corporation Name) (Document #)
3. (Corporation Name) (Document #)
4. (Corporation Name) (Document #)

RECEIVED 01 JUL 24 PM 2:54 DIVISION OF CORPORATION

- [x] Walk in
- [ ] Pick up time
- [ ] Certified Copy
- [ ] Mail out
- [ ] Will wait
- [ ] Photocopy
- [x] Certificate of Status

| | NEW FILINGS |
|---|---|
| ✓ | Profit |
| | NonProfit |
| | Limited Liability |
| | Domestication |
| | Other |

| | AMENDMENTS |
|---|---|
| | Amendment |
| | Resignation of R.A., Officer/Director |
| | Change of Registered Agent |
| | Dissolution/Withdrawal |
| | Merger |

| | OTHER FILINGS |
|---|---|
| | Annual Report |
| | Fictitious Name |
| | Name Reservation |

| | REGISTRATION/ QUALIFICATION |
|---|---|
| | Foreign |
| | Limited Partnership |
| | Reinstatement |
| | Trademark |
| | Other |

500004494255--0
-07/25/01--01002--003
*****78.75 *****78.75

| Examiner's Initials | |
|---|---|

CR2E031(10/92)

Florida Department of State
Division of Corporations
www.sunbiz.org

Home Contact Us E-Filing Services Document Searches Forms H

Previous on List Next on List Return To List

Events No Name History Entity Name S

# Detail by Entity Name

## Florida Profit Corporation

WARTBURG ENTERPRISES, INC.

## Filing Information

| | |
|---|---|
| Document Number | P01000072771 |
| FEI Number | 900186735 |
| Date Filed | 07/24/2001 |
| State | FL |
| Status | ACTIVE |
| Last Event | REINSTATEMENT |
| Event Date Filed | 06/26/2007 |
| Event Effective Date | NONE |

## Principal Address

12248 FM 1485
CONROE TX 77306

Changed 06/26/2007

## Mailing Address

12248 FM 1485
CONROE TX 77306

Changed 06/26/2007

## Registered Agent Name & Address

KAPLAN, GRANT
7200 W CAMINO REAL
#102
BOCA RATON FL 33433 US

Name Changed: 06/26/2007

Address Changed: 06/26/2007

## Officer/Director Detail

**Name & Address**

Title P

GEBERS, R
7200 W CAMINO REAL #102
BOCA RATON FL 33433

Title V

BUCHANAN, M
12248 FM 1485
CONROE TX 77306

Title V

DAMMANN, H
11392 WARD RD
CONROE TX 77306

## Annual Reports

| Report Year | Filed Date |
|---|---|
| **2005** | 06/26/2007 |
| **2006** | 06/26/2007 |
| **2007** | 06/26/2007 |

## Document Images

| | |
|---|---|
| 06/26/2007 -- REINSTATEMENT | View image in PDF format |
| 02/21/2003 -- ANNUAL REPORT | View image in PDF format |
| 07/24/2001 -- Domestic Profit | View image in PDF format |

**Note:** This is not official record. See documents if question or conflict.

**Previous on List** **Next on List** **Return To List**

**Events** **No Name History** Entity Name :

Home Contact us Document Searches E-Filing Services Forms Help

Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

# ARTICLES OF INCORPORATION

## ARTICLE I - NAME

The name of this corporation is Wartburg Enterprises, Inc.

FILED
01 JUL 24 PM 3:16
SECRETARY OF STATE
TALLAHASSEE FLORIDA

## ARTICLE II - PRINCIPAL OFFICE

The mailing address of this corporation shall be
C/O Grant Kaplan
20283 State Rd 7, Suite 400
Boca Raton, Florida 33498

## ARTICLE III - PURPOSE

This corporation is organized for the purpose of transacting any or all lawful business.

## ARTICLE IV - CAPITAL STOCK

This corporation is authorized to issue 100 shares of $1.00 par value common stock which shall be designated as "Common Shares".

## ARTICLE V - INITIAL REGISTERED OFFICE AND AGENT

The street address of the initial registered office of this corporation is 3732 N.W. 16th Street, Fort Lauderdale, Florida 33311 and the name of the initial registered agent of this corporation at that address is Filings, Inc., a

Florida corporation.

## ARTICLE VI - INITIAL BOARD OF DIRECTORS

The Corporation shall initially have one (1) director to hold office until the first annual meeting of stockholders and his successor shall have been duly elected and qualified, or until his earlier resignation, removal from office or death. The number of Directors may be either increased or decreased from time to time in accordance with the By-laws of the Corporation. The name and address of the initial Director is:

R. Gebers
C/O Grant Kaplan, 20283 State Rd 7, Suite 400
Boca Raton, Florida 33498

## ARTICLE VII - INCORPORATOR

The name and address of the Incorporator signing these Articles is:

Filings, Inc., a Florida Corporation
3732 N.W. 16th Street
Fort Lauderdale, Florida 33311

## ARTICLE VIII - PRE-EMPTIVE RIGHTS

Every shareholder, upon the sale for cash of any new stock of this corporation shall have the right to purchase his prorata share thereof (as nearly as may be done without issuance of fractional shares) at the price at which it is offered to others.

## ARTICLE IX - INDEMNIFICATION

The corporation shall indemnify any Officer or Director, or any former Officer or Director, to the full extent permitted by law.

ARTICLE X - AMENDMENT

This corporation reserves the right to amend or repeal any provision contained in these Articles of Incorporation, or any amendment hereto, and any right conferred upon the shareholders is subject to this reservation.

IN WITNESS WHEREOF, the undersigned Incorporator has executed these Articles of Incorporation on the date of signing.

Dated: July 24, 2001

Filings, Inc.
by Teresa Roman, Vice-President

Teresa Roman
Incorporator

Certificate designating place of business or domicle for the service of process within Florida, naming agent upon whom process may be served.

In compliance with Section 607.0501, Florida Statutes, the following is submitted:

First that Wartburg Enterprises, Inc. , desiring to organize or qualify under the laws of the State of Florida, has named Filings, Inc., a Florida corporation, located at 3732 N.W. 16th Street, Fort Lauderdale, Florida, as its agent to accept service of process within Florida.

Dated: July 24, 2001

Teresa Roman

Teresa Roman, Incorporator

Having been named to accept service of process for the above stated Corporation, at the place designated in this certificate, I hereby agree to act in this capacity. I further agree to comply with the provisions of all Statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Dated: July 24, 2001

Filings, Inc.
by Teresa Roman, Vice-President

Teresa Roman

FILED
01 JUL 24 PM 3:16
SECRETARY OF STATE
TALLAHASSEE FLORIDA

EXHIBIT E

63162
Bumbo/Whitson

CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

December 21, 2007

**VIA REGULAR MAIL AND FACSIMILE N0. 707-578-3040**

Jeremy R. Fietz, Esq.
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401

**Re: Wendy D. Whitson, et al. v. Bumbo, et al.**
**United States District Court--Northern District**
**Case No. CV07-5597 CW**
**C&F File No.: 1720.63162**

Dear Mr. Fietz:

As we previously advised your firm, we are attorneys for Bumbo (Pty.) Ltd. We have noted that on December 20, 2007, you filed a request to enter default against "Defendant Bumbo." In your request to enter default, you rely on an affidavit of service showing purported service on Bumbo through a Dione Buchanon in Conroe, Texas.

We are writing to advise that our client does not have any offices, officers, or employees in Texas. Further, contrary to the statements in the affidavit of service, Dione Buchanon is not an owner of "Bumbo." Additionally, the address at which the summons and complaint were purportedly served is an address for a Wartburg Enterprises, Inc. Wartburg Enterprises, Inc. is not authorized to accept service of process on behalf of Bumbo. Accordingly, any attempts at service on Bumbo by delivering the summons and complaint to Wartburg Enterprises is not effective service.

We request that you immediately withdraw your request to enter default which you have improperly filed with the court.

Very truly yours,

Jennifer J. Johnston

JJJ:cj

cc: Ms. Gail Trabish
(via email gtrabish@bjg.com)

1901 AVENUE OF THE STARS, SUITE 850, LOS ANGELES, CA 90067-6010 TELEPHONE 310.557.2030 FACSIMILE 310.557.1299

CONDON & FORSYTH LLP

New York
Los Angeles
Washington, DC

## FACSIMILE TRANSMISSION

| **Date:** December 21, 2007 | **No. of Pages including fax cover sheet:** 2 |
|---|---|
| **From:** Jennifer J. Johnston | **Facsimile No.: (310) 557-1299** |

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| | Jeremy R. Fietz, Esq. | THE EDGAR LAW FIRM | 707.578.3040 | 707.545.3200 |

CONFIDENTIALITY: This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader is not the intended recipient or his/her agent, you have received this document in error, and any review, dissemination, distribution or copying is strictly prohibited. If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(310) 557-2030

**Re: Whitson v. Bumbo, et al.**

Please see the attached.

Thank you.

1901 Avenue of The Stars, Suite 850, Los Angeles, California 90067 Telephone 310.557.2030 Facsimile 310.557.1299

P. 1

* * * COMM. .CATION RESULT REPORT ( DEC. 21. 20.. 3:14PM ) * * *

TTI CONDON & FORSYTH LA 310-557-1299

TRANSMITTED/STORED DEC. 21. 2007 3:13PM

| FILE | MODE | OPTION | ADDRESS | RESULT | PAGE |
|---|---|---|---|---|---|
| 7750 | MEMORY TX | | G3 :#11017075783040 | OK | 2/2 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-3) NO ANSWER
E-2) BUSY
E-4) NO FACSIMILE CONNECTION

# CONDON & FORSYTH LLP

New York
Los Angeles
Washington, DC

## FACSIMILE TRANSMISSION

| | |
|---|---|
| **Date:** December 21, 2007 | **No. of Pages including fax cover sheet:** 2 |
| **From:** Jennifer J. Johnston | **Facsimile No.: (310) 557-1299** |

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| | Jeremy R. Fietz, Esq. | THE EDGAR LAW FIRM | 707.578.3040 | 707.545.3200 |

CONFIDENTIALITY: This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader is not the intended recipient or his/her agent, you have received this document in error, and any review, dissemination, distribution or copying is strictly prohibited. If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(310) 557-2030

**Re: Whitson v. Bumbo, et al.**

Please see the attached.

Thank you.

1901 Avenue of The Stars, Suite 850, Los Angeles, California 90067 Telephone 310.557.2030 Facsimile 310.557.1299

EXHIBIT F

Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys for Defendant
BUMBO (PTY) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON, etc., et al.<br>Plaintiff,<br>vs.<br>BUMBO, et al.,<br>Defendants. | Case No. CV-07-5597 CW<br><br>DECLARATION OF GERHARD WAGENAAR IN SUPPORT OF BUMBO (PTY) LTD.'S MOTION TO DISMISS FOR INSUFFICIENT SERVICE OF PROCESS AND LACK OF PERSONAL JURISDICTION |

I, Gerhard Wagenaar, declare:

1. I am Financial Director of Bumbo (Pty) Ltd. This declaration is submitted in support of Bumbo (Pty) Ltd.'s motion to dismiss for insufficient service of process and lack of personal jurisdiction. I have personal knowledge of the facts attested to in this declaration, except for those facts stated upon information and belief, and, as to those facts, I believe them to be true. If called upon to do so, I could and would competently testify to all matters contained herein.

2. Bumbo (Pty) Ltd. is a manufacturing company located in South Africa which manufactures the Bumbo Baby Sitter, an infant seat.

3. Bumbo (Pty) Ltd. manufacturers the Bumbo Baby Sitter pursuant to a manufacturing agreement with a separate legal entity, which trades as Bumbo International. Bumbo International markets and distributes the Bumbo Baby Sitter to various markets would-wide.

4. Bumbo (Pty) Ltd. is a private company which has been organized under the laws of South Africa and has its principal place of business in Pretoria, South Africa.

5. Bumbo (Pty) Ltd.'s one and only manufacturing plant and its corporate headquarters are located in Pretoria, South Africa.

6. The Bumbo Baby Sitter is manufactured and assembled entirely in South Africa by Bumbo (Pty) Ltd.

7. All employees of Bumbo (Pty) Ltd. are employed at its manufacturing plant or corporate headquarters in Pretoria, South Africa.

8. All officers and directors of Bumbo (Pty) Ltd. also work and reside in South Africa.

9. Bumbo (Pty) Ltd. does not now have and never has had any office, warehouse or manufacturing facility in the states of California or Texas, or any place else in the United States.

10. Bumbo (Pty) Ltd. does not now have and never has had any employees in the states of California or Texas, or any place else in the United States.

11. Bumbo (Pty) Ltd. does not now have and never has had a business license in the states of California or Texas, or any place else in the United States, and has never been registered to do business in any place in the United States.

12. Bumbo (Pty) Ltd. does not now own and never has owned any real or personal property in the states of California or Texas, or any place else in the United States.

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

13. Bumbo (Pty) Ltd. does not now maintain and never has maintained a bank account in the states of California or Texas, or any place else in the United States.

14. Bumbo (Pty) Ltd. does not now have and never has had a California or Texas telephone number, or a telephone number in any other place in the United States.

15. Bumbo (Pty) Ltd. does not now have and never has had a mailing address in the states of California, or any place else in the United States.

16. Bumbo (Pty) Ltd. has never paid any taxes in the states of California or Texas, or any place else in the United States.

17. Bumbo (Pty) Ltd. has never conducted any meetings of its board of directors in the states of California or Texas, or any place else in the United States.

18. Bumbo (Pty) Ltd. does not maintain a sales force in the states of California or Texas, or any other place in the United States.

19. Bumbo (Pty) Ltd. does not now advertise and never has advertised in the states of California or Texas, or any place else in the United States.

20. Bumbo (Pty) Ltd. does not now have and never has had any agents for service of process in the states of California or Texas, or any place else in the United States.

21. Bumbo (Pty) Ltd. does not now have and never has had any distributors in the states of California or Texas, or any place else in the United States, who are authorized to accept service of process on behalf of Bumbo.

22. I am informed and believe that a company called Wartburg Enterprises, Inc., located in Conroe, Texas, is a distributor of the Bumbo Baby Sitter in Texas. Wartburg Enterprises, Inc. is not the sole distributor of the Bumbo Baby Sitter in the United States.

23. Bumbo (Pty) Ltd. and Wartburg Enterprises, Inc. are separate

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

companies and do not share common shareholders, officers, directors, employees or offices.

24. Wartburg Enterprises, Inc. is not authorized by Bumbo (Pty) Ltd. to accept service of process on behalf of Bumbo (Pty) Ltd.

25. I am informed and believe that a certain Dione Buchanan received a copy of the summons and complaint in this matter at Wartburg Enterprises, Inc.'s facility located at 12248 FM 1485, Conroe, Texas 77306.

26. Dione Buchanan is not an owner, officer, director or employee of Bumbo (Pty) Ltd.

27. Dione Buchanan is not authorized by Bumbo (Pty) Ltd. to accept service of process on behalf of Bumbo (Pty) Ltd.

28. Bumbo (Pty) Ltd. does not maintain any offices or employees at 12248 FM 1485, Conroe, Texas 77306.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this ____ day of December, 2007 at ____________________.

______________________________
Gerhard Wagenaar

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030