Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys *Specially Appearing* for Defendant
BUMBO (PTY) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD., and TARGET CORPORATION,<br><br>Defendants. | Case No. CV07-5597 CW<br><br>REQUEST FOR JUDICIAL NOTICE<br><br>Date:  February 14, 2008<br>Time:  2:00 p.m.<br>Place: Courtroom of the Hon.<br>             Claudia Wilken |

Defendant BUMBO (Pty) LTD. ("Bumbo-Pty") hereby respectfully requests that this Court take judicial notice of the following court documents pursuant to Federal Rule of Evidence 201:

1. The complaint in *Whitson v. Bumbo, et al.,* Case No. CV07-5597 CW, filed November 7, 2007.

2. The Affidavit of Service on "Bumbo" by Still Waters Process Service, dated November 20, 2007 and filed on December 11, 2007.

3. The Request to Enter Default, filed on December 20, 2007.

4. The Entry of Default, filed on December 27, 2007.

REQUEST FOR JUDICIAL NOTICE
CASE NO.: CV07-5597 CW

1 | Dated: December 28, 2007                    CONDON & FORSYTH LLP
2
3 |                                              By: _____
4 |                                                  ROD D. MARGO
   |                                                  JENNIFER J. JOHNSTON
5
   |                                              Attorneys *Specially Appearing* for
6 |                                              Defendant BUMBO (PTY) LIMITED

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-2-

REQUEST FOR JUDICIAL NOTICE
CASE NO.: CV07-5597 CW