1  Rod D. Margo (State Bar No.: 097706)
   Jennifer J. Johnston (State Bar No.: 125737)
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
3  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299
   Email: rmargo@condonlaw.com
5  Email: jjohnston@condonlaw.com

6  Attorneys *Specially Appearing* for Defendant
   BUMBO (PTY) LIMITED

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11  WENDY D. WHITSON, individually    ) Case No. CV07-5597 CW
    and on behalf of all others similarly )
12  situated,                          ) [PROPOSED] ORDER
                                       )
13              Plaintiffs,            )
                                       )
14       vs.                           )
                                       )
15  BUMBO, BUMBO LIMITED, BUMBO )
    (PTY) LTD., and TARGET             )
16  CORPORATION,                       )
                                       )
17              Defendants.            )
    _____)

18

19       On February 14, 2008, the Motion of Defendant, Bumbo (Pty) Ltd. to Set

20  Aside Default, Quash Service, Dismiss for Improper Service, Lack of Personal

21  Jurisdiction and Failure to Serve, and for Sanctions came on for hearing before this

22  Court in the Courtroom of the Honorable Claudia Wilken.

23       After full consideration of the papers and pleadings on file in the action and

24  admissible evidence, the Court finds:

25       1.     Plaintiff, Wendy D. Whitson, has failed to effect service of process on

26  Defendant, Bumbo (Pty) Ltd.

27       2.     This Court lacks *in personam* jurisdiction over Bumbo (Pty) Ltd., a

28  South African corporation with its principal and only place of business in South

---
[PROPOSED] ORDER
CASE NO.: CV07-5597 CW

1  Africa because Bumbo (Pty) Ltd. does not have the requisite minimum contacts
2  with California.
3      3.    Default was entered against Bumbo (Pty) Ltd. due to the fraudulent
4  and bad faith conduct of plaintiff and her counsel of record.
5      IT IS THEREFORE ORDERED that:
6      1.    The Default entered against Bumbo (Pty) Ltd. is vacated;
7      2.    Service of process on "Bumbo" is quashed;
8      3.    All claims against Bumbo (Pty) Ltd. are dismissed for lack of personal
9  jurisdiction; and
10     4.    Wendy D. Whitson, Donald S. Edgar, Jeremy R. Fietz, and Rex Grady
11 must pay $11,922 to Bumbo (Pty) Ltd. within 10 days of the date of this Order.

Dated: _____    _____
                         UNITED STATES DISTRICT JUDGE
                         HONORABLE CLAUDIA WILKEN

-2-

[PROPOSED] ORDER
CASE NO.: CV07-5597 CW