Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys for Defendant
BUMBO (PTY) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON, etc., et al. | Case No. CV-07-5597 CW |
| Plaintiff, | PROOF OF SERVICE |
| vs. | Date: February 14, 2008<br>Time: 2:00 p.m. |
| BUMBO, et al., | Place: Courtroom of the Hon. Claudia Wilken |
| Defendants. | |

1.  I, Cecelia Jarmon, declare and state:

1.  That I am, and at all times herein mentioned was, a legal resident of the United States, whose business address is 1901 Avenue of the Stars, Suite 850, Los Angeles, California, in the County of Los Angeles, where the mailing herein referred to took place;

2.  That I am over the age of eighteen years, and not a party to the within entitled cause, nor interested in the event thereof;

3.  That I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at

Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit;

On December 28, 2007, I enclosed in an envelope, a true and correct copy of the following documents:

1. NOTICE OF MOTION AND MOTION TO SET ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF JENNIFER J. JOHNSTON; DECLARATION OF JESSICA VIKER; REQUEST FOR JUDICIAL NOTICE;

2. MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO SET ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PESONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS;

3. DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT OF BUMBO (PTY) LTD.'S MOTION TO SET ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS;

4. DECLARATION OF JESSICA VIKER IN SUPPORT OF BUMBO (PTY) LTD.'S MOTION TO SET ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS;

on the person(s) at the address(es) set forth below:

5. REQUEST FOR JUDICIAL NOTICE;

6. [PROPOSED] ORDER.

[See attached Service List]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 28th day of December, 2007, at Los Angeles, California.

Cecelia Jarmon

---

DECLARATION OF JOHNNY KLOPPER IN SUPPORT OF
BUMBO (PTY) LTD.'S MOTION TO DISMISS

-3-

## SERVICE LIST

Donald S. Edgar, Esq.
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401
ATTORNEYS FOR PLAINTIFF

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-4-

DECLARATION OF JOHNNY KLOPPER IN SUPPORT OF
BUMBO (PTY) LTD.'S MOTION TO DISMISS