IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D WHITSON, | No. C 07-05597 CW |
| Plaintiff, | CLERK'S NOTICE CONTINUING MOTION HEARING |
| v. | |
| BUMBO LIMITED, et al., | |
| Defendants. | |

Notice is hereby given that Defendant Target Corporation's Motion to Dismiss Counts I, II, III and IV of the Causes of Action of Plaintiff's Complaint Under FRCP 12(b)(6), previously set for hearing on January 17, 2008, and the Case Management Conference, previously set for February 12, 2008, are continued to **February 14, 2008, at 2:00 p.m.**, to be heard along with Defendant Bumbo (Pty) Ltd.'s Motion to Set Aside Default, Quash Service, Dismiss for Improper Service, Lack of Personal Jurisdiction and Failure to Serve, and for Sanctions, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

The previous briefing schedule remains in effect.

Dated: 1/2/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk