IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WENDY D. WHITSON,

        Plaintiff,

   v.

BUMBO LIMITED, et al.

        Defendants.

                                               /

No. C 07-05597 CW

CLERK'S NOTICE CONTINUING MOTIONS HEARING AND CASE MANAGEMENT CONFERENCE

    Notice is hereby given that Defendant Bumbo (Pty) Ltd.'s Motion Set Aside Default, Quash Service, Dismiss for Improper Service, Lack of Personal Jurisdiction and Failure to Serve, and for Sanctions, Defendant Target Corporation's Motion to Dismiss Counts I, II, III and IV of the Causes of Action of Plaintiff's Complaint Under FRCP 12(b)(6), and the Case Management Conference, previously set for hearing on February 14, 2008, are continued to **February 21, 2008, at 2:00 p.m.**, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

    The previous briefing schedule remains in effect.

Dated: 1/11/08

                                          *Sheilah Cahill*

                                          SHEILAH CAHILL
                                          Deputy Clerk

United States District Court
For the Northern District of California