| | |
|---|---|
| 1 | Rod D. Margo (State Bar No.: 097706) |
| | Jennifer J. Johnston (State Bar No.: 125737) |
| 2 | CONDON & FORSYTH LLP |
| | 1901 Avenue of the Stars, Suite 850 |
| 3 | Los Angeles, California 90067-6010 |
| | Telephone: (310) 557-2030 |
| 4 | Facsimile:  (310) 557-1299 |
| | Email: rmargo@condonlaw.com |
| 5 | Email: jjohnston@condonlaw.com |
| 6 | Attorneys *Specially Appearing*  for Defendant |
| | BUMBO (PTY) LIMITED |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD., and TARGET CORPORATION, <br><br> Defendants. | Case No. CV07-5597 CW <br><br> NOTICE OF *AMENDED* MOTION AND MOTION TO SET ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; DECLARATION OF JENNIFER J. JOHNSTON; DECLARATION OF JESSICA VIKER; DECLARATION OF JOHAN NICHOLAS BUITENDACH; REQUEST FOR JUDICIAL NOTICE <br><br> Date:   February 14, 2008 <br> Time:   2:00 p.m. <br> Place:  Courtroom of the Hon. Claudia Wilken |

PLEASE TAKE NOTICE that, on February 14, 2008, at 2:00 p.m., or as soon thereafter as the matter may be heard, in Courtroom 2, before the Hon. – Claudia Wilkin, defendant BUMBO (Pty) LIMITED("Bumbo-Pty") shall and hereby does respectfully move this Court, pursuant to Fed. R. Civ. P. 55(c) to set

---

*AMENDED* NOTICE OF MOTION AND MOTION TO SET ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS
CASE NO.: CV07-5597 CW

aside the default and dismiss this action pursuant to Fed R. Civ. P. 12(b)(2) and 12(b)(5). Bumbo-Pty further requests sanctions in the amount of $11,922.00 against Wendy D. Whitson, Donald S. Edgar, Jeremy R. Fietz and Rex Grady for bad faith conduct in seeking default. Bumbo-Pty's motion is based upon this *Amended* Notice of Motion and Motion, the following Memorandum of Points and Authorities, the attached Declarations of Jennifer J. Johnston, Jessica Viker and Johan Nicholas Buitendach, the Complaint, and such additional matters as may be judicially noticed or properly come before this Court prior to or at the hearing on this matter.

Dated: January __, 2008    CONDON & FORSYTH LLP

By: s/Jennifer J. Johnston
    ROD D. MARGO
    JENNIFER J. JOHNSTON

Attorneys *Specially Appearing* for
Defendant BUMBO (PTY) LIMITED

---

*AMENDED* NOTICE OF MOTION AND MOTION TO SET
ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR
IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION
AND FAILURE TO SERVE, AND FOR SANCTIONS
CASE NO.: CV07-5597 CW

-2-

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030