1  Rod D. Margo (State Bar No.: 097706)
   Jennifer J. Johnston (State Bar No.: 125737)
2  CONDON & FORSYTH LLP
   1901 Avenue of the Stars, Suite 850
3  Los Angeles, California 90067-6010
   Telephone: (310) 557-2030
4  Facsimile:  (310) 557-1299
   Email: rmargo@condonlaw.com
5  Email: jjohnston@condonlaw.com

6  Attorneys for Defendant
   BUMBO (PTY) LTD.
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  WENDY D. WHITSON, etc., et al.,        )  Case No. CV-07-5597 CW
                                           )
12              Plaintiff,                 )  DECLARATION OF JENNIFER J.
                                           )  JOHNSTON IN SUPPORT OF
13      vs.                                )  BUMBO (PTY) LTD.'S *AMENDED*
                                           )  MOTION TO SET ASIDE
14  BUMBO, et al.,                         )  DEFAULT, QUASH SERVICE,
                                           )  DISMISS FOR IMPROPER
15              Defendants.                )  SERVICE, LACK OF PERSONAL
                                           )  JURISDICTION AND FAILURE TO
16                                         )  SERVE, AND FOR SANCTIONS
                                           )
17  _____  )  Date:    February 14, 2008
                                           )  Time:    2:00 p.m.
18                                            Place:   Courtroom of the Hon.
                                                       Claudia Wilken
19

20      I, Jennifer J. Johnston, declare:

21      1.      I am a member of the law firm of Condon & Forsyth LLP, attorneys

22  of record for defendant Bumbo (Pty) Ltd. ("Bumbo-Pty").  I have personal

23  knowledge of the facts stated in this declaration, except for those facts stated upon

24  information and belief and, as to those factors, I am informed and believe that they

25  are true and correct.  If called as a witness, I could competently testify to these

26  facts.  I submit this declaration in support of Bumbo-Pty's *Amended* Motion to Set

27  Aside Default, Quash Service, Dismiss for Improper Service, Lack of Personal

28  DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT
    OF BUMBO (PTY) LTD.'S *AMENDED* MOTION TO SET
    ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR
    IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION
    AND FAILURE TO SERVE, AND FOR SANCTIONS
    CASE NO.: CV07-5597 CW

1  Jurisdiction and Failure to Serve, and For Sanctions.

2      2.      I am informed and believe that in November 2007, Bumbo-Pty

3  learned through co-defendant, Target Corporation ("Target"), that this lawsuit had

4  been filed.

5      3.      I am informed and believe that Bumbo-Pty had no information that it

6  had been served, but it learned through Target that Donald S. Edgar, plaintiff's

7  attorney, was claiming that he had served "Bumbo."

8      4.      Bumbo-Pty intially retained the law firm of Condon and Forsyth LLP

9  ("C&F") to monitor the docket and ensure that default would not be taken.

10      5.      Bumbo-Pty also requested C&F to contact plaintiff's attorney and

11  request information about the purported service.

12      6.      On November 19, 2007, I sent a letter to plaintiff's counsel requesting

13  information regarding service of the summons and complaint.  I further requested

14  that counsel advise C&F before a default was requested.  A true and correct copy

15  of this letter is attached hereto as Exhibit "A."

16      7.      I received a letter from plaintiff's counsel, Donald S. Edgar ("Edgar")

17  dated November 21, 2007.  Edgar refused to provide me with any information

18  regarding service or to "enter into any agreements" with C&F regarding the

19  decision to seek default.  A true and correct copy of this letter is attached hereto as

20  Exhibit "B."

21      8.      I then sent another letter to plaintiff's counsel on November 21, 2007,

22  advising that C&F had no record of any service made on Bumbo-Pty and further

23  requesting counsel provide information and "refrain from any attempts to take a

24  default judgment against Bumbo."  No response was received.  A true and correct

25  copy of this letter is attached hereto as Exhibit "C."

26      9.      C&F learned that plaintiff filed a proof of service on December 11,

27

-2-

28  DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT
OF BUMBO (PTY) LTD.'S *AMENDED* MOTION TO SET
ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR
IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION
AND FAILURE TO SERVE, AND FOR SANCTIONS
CASE NO.: CV07-5597 CW

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1  2007, claiming that she effected service on "Bumbo" by serving "Dione

2  Buchanan" as "owner" in Conroe, Texas. C&F attempted to obtain information

3  about the purported service and learned that the summons and complaint were

4  delivered to Wartburg Enterprises, Inc. ("Wartburg"), a Texas distributor of the

5  Baby Sitter.

6      10.    On December 19, 2007, C&F was retained to defend Bumbo-Pty in

7  this matter and to respond to the purported attempt at service. C&F attempted to

8  contact personnel at Bumbo-Pty and learned that the plant had shut down for the

9  last two weeks of the year for the holidays.

10     11.    On December 20, 2007 (one court day before Christmas), plaintiff

11  filed a request to enter default against "Bumbo." C&F learned about the filing of

12  the request on December 21, 2007, by monitoring the docket. Plaintiff, at no time,

13  attempted to contact C&F before filing the request to enter default.

14     12.    C&F did not even receive a courtesy copy of the filing of the request.

15     13.    Upon information and belief, the address that was served by plaintiff

16  appears to belong to a facility owned by Wartburg. Wartburg acts as a distributor

17  for the "Baby Sitter" but is a separate company incorporated in Florida and not an

18  agent for service of process for defendant. A true and correct copy of Wartburg's

19  Articles of Incorporation is attached hereto as Exhibit "D."

20     14.    On December 21, 2007, I sent a *third* letter to plaintiff's counsel

21  advising them that they had, in fact, not served Bumbo-Pty and requesting that they

22  withdraw their Request to Enter Default. Again, C&F received no response to this

23  letter. A true and correct copy of this letter is attached hereto as Exhibit "E."

24     15.    From December 21-24, 2007, C&F drafted a motion to dismiss

25  plaintiff's action for insufficiency of service of process and lack of personal

26  jurisdiction. I forwarded declarations to support the motion to representatives of

27

28

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-3-

DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT
OF BUMBO (PTY) LTD.'S *AMENDED* MOTION TO SET
ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR
IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION
AND FAILURE TO SERVE, AND FOR SANCTIONS
CASE NO.: CV07-5597 CW

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

1  Bumbo-Pty for signature. Due to the holidays and the closing of the plant, there

2  has been a delay in obtaining the signed declarations.

3      16.    On December 27, 2007, C&F learned from Target's counsel that a

4  default had been entered against "Bumbo." On December 28, 2007, C&F filed this

5  motion on behalf of Bumbo-Pty.

6      17.    As of the date of this motion, I have still not received any

7  communication from plaintiff's counsel regarding any service issue, other than the

8  above-referenced letter of November 21, 2007.

9      18.    I have spent 10 hours of time in attempting to set aside the default in

10  this action. This includes my time in preparation of the declarations, review of the

11  Motion and Memorandum of Points and Authorities in Support Thereof,

12  communications with my client, and communications with plaintiff's counsel. My

13  hourly rate is $375.

14      19.    Most of the preparation of the Motion and Memorandum of Points

15  and Authorities was completed by Lisa M. Pierce, Esq. ("Pierce"). Pierce spent

16  41.2 hours on the preparation of this Motion. Pierce's hourly rate is $185.

17      20.    Jessica Viker is a paralegal at C&F ("Viker"). Viker has spent 5

18  hours in monitoring the court's docket daily as well as in communications with

19  plaintiff's counsel. Viker's hourly rate is $110.

20      21.    The total fees expended thus far in C&F's attempt to set aside the

21  default are $11,922. Bumbo-Pty is requesting this amount in sanctions against

22  Wendy D. Whitson, Donald S. Edgar, Jeremy R. Fietz, and Rex Grady.

23      22.    I anticipate that myself, Pierce and Viker will spend additional time in

24  responding to any opposition papers received, preparing for the hearing in this

25  matter and traveling to said hearing. C&F reserves the right to submit further

26  declarations concerning additional expenses incurred.

27

28
DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT
OF BUMBO (PTY) LTD.'S *AMENDED* MOTION TO SET
ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR
IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION
AND FAILURE TO SERVE, AND FOR SANCTIONS
CASE NO.: CV07-5597 CW

1   I declare under penalty of perjury that the foregoing is true and correct.

2   Executed this __11ᵗʰ__ day of January, 2008 at Los Angeles, California.

3

4                         _____
                          Jennifer J. Johnston
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

-5-

28   DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT
     OF BUMBO (PTY) LTD.'S *AMENDED* MOTION TO SET
     ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR
     IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION
     AND FAILURE TO SERVE, AND FOR SANCTIONS
     CASE NO.: CV07-5597 CW

**EXHIBIT A**

# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

November 19, 2007

### VIA FACSIMILE AND REGULAR U.S. MAIL

Donald S. Edgar, Esq.
THE EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401

Re:    **Wendy D. Whitson, etc. v. Bumbo, et al.**
**United States District Court – Northern District of California**
**Case No. CV07-5597 CW**
**C & F File No.:  8123.63140**

Dear Mr. Edgar:

We are attorneys for Bumbo (Pty) Ltd.  We understand that you filed the above-referenced lawsuit in the Northern District of California on November 2, 2007, and have named Bumbo as a defendant in that action.

At present, Bumbo has no information that it has received the summons and complaint in the above-referenced lawsuit by any purported means of service.  Further, according to the court's docket, no proof of service showing any purported service on Bumbo has been filed.

If it is your contention that Bumbo has been served with a summons and complaint, we request that you advise us immediately and provide us with the details of the purported service, including the name of the person upon whom service was purportedly made, the date of the purported service, the place of the purported service, and the method by which the service was purportedly made.

Also, since Bumbo is a South African company and any attempts of service will need to be made through proper channels in South Africa, we request that you advise us immediately when you believe you have effected service on Bumbo in South Africa.

Lastly, if, at any time, you believe that you have effected service on Bumbo, we request that you advise us before you attempt any default proceedings against Bumbo.

CONDON & FORSYTH LLP

Donald S. Edgar, Esq.
November 19, 2007
Page 2

We thank you in advance for your anticipated cooperation with this matter.

Very truly yours,

Jennifer J. Johnston

JJJ:cj

# CONDON & FORSYTH LLP

New York
Los Angeles
Washington, DC

## FACSIMILE TRANSMISSION

| Date: November 15, 2007 | No. of Pages including fax cover sheet: 2 |
|---|---|
| From: Jennifer J. Johnston | Facsimile No.: (310) 557-1299 |

| | RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|---|
| | Donald S. Edgar, Esq. | EDGAR LAW FIRM | 707.578.3040 | 707.545.3200 |

CONFIDENTIALITY: This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader is not the intended recipient or his/her agent, you have received this document in error, and any review, dissemination, distribution or copying is strictly prohibited. If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(310) 557-2030

Re:   Whitson v. Bumbo, et al.

Please see the attached.

Thank you.

P. 1

* * * Memory TX Result Report ( Nov. 19. 2007  5:29PM ) * * *
1) Condon&Forsyth
2)

Date/Time: Nov. 19. 2007  5:23PM

| File No. Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|
| 2836 Memory TX | #06217075783040 | P.   3 | OK | |

-------------------------------------------------------------------------------

Reason for error
  E. 1) Hang up or line fail          E. 2) Busy
  E. 3) No answer                      E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size

CONDON & FORSYTH LLP

New York
Los Angeles
Washington, DC

FACSIMILE TRANSMISSION

| Date: November 15, 2007 | No. of Pages including fax cover sheet: 2 |
|---|---|
| From: Jennifer J. Johnston | Facsimile No.: (310) 557-1299 |

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Donald S. Edgar, Esq. | EDGAR LAW FIRM | 707.578.3040 | 707.545.3200 |

CONFIDENTIALITY: This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients. This message may be an attorney/client communication, and, as such, is privileged and confidential. If the reader is not the intended recipient or his/her agent, you have received this document in error, and any review, dissemination, distribution or copying is strictly prohibited. If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(310) 557-2030

Re: Whitson v. Bumbo, et al.

Please see the attached.

Thank you.

1901 Avenue of The Stars, Suite 850, Los Angeles, California 90057 Telephone 310.557.2030 Facsimile 310.557.1299

EXHIBIT B

Case 4:07-cv-05597-CW    Document 12-3    Filed 12/28/2007    Page 2 of 2





*Bumbo Lamm*

*8123.63140*

RECEIVED

NOV 2 6 2007

CONDON & FORSYTH LLP

*Corresp. file*
*RSJ*

**EDGAR LAW FIRM**
ATTORNEYS AND COUNSELORS AT LAW
408 COLLEGE AVENUE
SANTA ROSA, CALIFORNIA 95401
Phone (707) 545-3200 • Facsimile (707) 578-3040

**ATTORNEYS**

DONALD S. EDGAR
(Also admitted to
Washington D.C. Bar)

JEREMY R. FIETZ

_ REX GRADY

E-Mail
don@classattorneys.com

jeremy@classattorneys.com

jrg@classattorneys.com

**LEGAL ASSISTANTS**

SHANNAH J. AHMED

SELENA A. LA RUE

E-Mail
sjm@classattorneys.com

sal@classattorneys.com

21 November 2007

via Fax to (310) 557-1299 and U.S. Mail

Jennifer J. Johnston, Esq.
CONDON & FORSYTH  LLP
1901 Avenue of the Stars, Ste. 850
Los Angeles, CA 90067-6010

Re:   Dylan Lamm, etc., et al. v. Bumbo, et al.
United States District Court-Northern District
Case No. CV07-04807 MHP
Your file No. 8123.63140

Dear Ms. Johnston:

This letter is written to acknowledge receipt of yours of
November 15, 2007, regarding the above-captioned matter.

Please be advised that, with all due respect, we request that
you all do whatever you all need to do to represent your clients. At this
time, we respectfully decline to enter into any agreement(s) set forth in
your letter of November 15, 2007.

Very truly yours
EDGAR LAW FIRM

Donald S. Edgar, Esq.

DSE:sks

EXHIBIT C

CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

November 21, 2007

**VIA FACSIMILE AND U.S. MAIL**

Donald S. Edgar, Esq.
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401

Re:   **Dylan Lamm, etc., et al. v. Bumbo, et al.**
      **United States District Court – Northern District**
      **Case No. CV07-04807 MHP**
      **C & F File No.: 8123.63140**

Dear Mr. Edgar:

This is to acknowledge receipt of your letter dated November 21, 2007, in which you
refused to provide us with any details of the purported service on Bumbo in South Africa.
We can interpret this only as an admission from you that you have not effected service of
process through the proper channels.

As we previously advised you, Bumbo has no record of any attempts of purported service
on it in South Africa and it remains our position that Bumbo has not been served. If you
have any information contrary to this, we again invite you to provide it to us.

Also, we again request that you refrain from any attempts to obtain a default judgment
against Bumbo. Should you chose to do so, we will have to advise the court of your lack
of cooperation and seek whatever remedies may be appropriate.

Very truly yours,

Jennifer J. Johnston

JJJ:cj

CONDON & FORSYTH LLP

Donald S. Edgar, Esq.
November 21, 2007
Page 2

bcc:    Rod D. Margo, Esq.

        Danie le Roux
        (via email Daniel@wwb.co.za)

        Jakobus van der Walt
        (via email jakobusv@wwb.co.za)

        Michael North, Esq.
        (via email michaeln@wwb.co.za)

EXHIBIT  D

PLEASE READ ALL INSTRUCTIONS BEFORE COMPLETING THIS FORM.

**CORPORATION REINSTATEMENT**

FLORIDA DEPARTMENT OF STATE
Secretary of State
DIVISION OF CORPORATIONS

FILED

07 JUN 26 AM 8: 48

DOCUMENT # *P01000072771*

**1. Corporation Name**

*Wartburg Enterprises, Inc*

REINSTATEMENT 04-07

CR2E081 (1/07)

**2. Principal Office Address - No P.O. Box #**

*12248 FM 1485*

Suite, Apt. #, etc.

**3. Mailing Office Address**

*12248 FM 1485*

Suite, Apt. #, etc.

**4. Date Incorporated or Qualified To Do Business in Florida** *7/24/01*

City & State *Conroe, TX*

City & State *Conroe, TX*

**5. FEI Number** *90-0186735*   ☐ Applied For  ☐ Not Applicable

Zip *77306*  Country *Montgomery*

Zip *77306*  Country *Montgomery*

**6.** CERTIFICATE OF STATUS DESIRED ☐  $8.75 Additional Fee required for a Certificate of Status

**7. Name and Address of Current Registered Agent**

Name *Grant Kaplan*

Street Address (P.O. Box Numbers Not Acceptable) *7200 W. Camino Real*

Suite, Apt. #, Etc. *#102*

City *Boca Raton*   State *FL*   Zip Code *33433*

☐ The reinstatement fee is imposed, except in circumstances which the entity did not receive the prior notices. By checking this box, you are certifying the prior notices were not received and requesting the reinstatement fee be waived.

**8.** I, being appointed the registered agent of the above named corporation, am familiar with and accept the obligations of section 607.0505 or 617.0503, F.S.

Signature of Registered Agent _____   REGISTERED AGENT MUST SIGN   Date *06/20/07*

**9. Names and Street Addresses of Each Officer and/or Director** (Florida nonprofit corporations must list at least 3 directors)

| Titles | Name of Officers and/or Directors | Street Address of Each Officer and/or Director | City / State / Zip |
|---|---|---|---|
| *Pres* | *R. Gergers* | *7200 W. Camino Real #102* | *Boca Raton, FL 33433* |
| *Vice Pres* | *M. Buchanan* | *12248 FM 1485* | *Conroe, TX 77306* |
| *Vice Pres* | *H. Dammann* | *11392 Ward Rd.* | *Conroe, TX 77306* |
| | *$16/27* | | |

*800104861936*
*06/26/07--01025--015  **1209.75*

**10.** I certify that I am an officer or director or the receiver or trustee empowered to execute this application as provided for in chapter 607 or 617, F.S. I further certify that when filing this reinstatement application, the reason for dissolution has been eliminated, the corporate name satisfies the requirements of section 607.0401 or 617.0401, F.S., that all fees owed by the corporation have been paid and that names of individuals listed on this form do not qualify for an exemption contained in Chapter 119, F.S. The information indicated on this application is true and accurate, and my signature shall have the same legal effect as if made under oath.

SIGNATURE: _____   *Mark Buchanan*   *4/17/07*   *832-276-6693*

SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR   Date   Daytime Phone #

–13–

# FOR PROFIT CORPORATION
## UNIFORM BUSINESS REPORT (UBR)

DOCUMENT # P01000072771

**1. Entity Name**

Wintburg Enterprises, Inc.

## DO NOT WRITE IN THIS SPACE

**2. Principal Place of Business**

Suite, Apt. #, etc.
130 NE 4th Ave

City & State
Deerfield Beach, FL.

Zip
33441

Country

**3. Mailing Address**

Suite, Apt. #, etc.
130 NE 4th Avenue

City & State
Deerfield Beach, FL.

Zip
33441

Country

## DO NOT WRITE IN THIS SPACE

**8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.**

SIGNATURE

Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reinstating)    DATE    7/18/03

**9. This corporation is eligible to satisfy its intangible Tax filing requirement and elects to do so. (See criteria on back).** ☐

January 1 - May 1 Fee is $150.00
After May 1 - Fee is $550.00
Amended UBR is $61.25
Make Check Payable to Department of State

FILED

03 FEB 21 AM 11: 42

SECRETARY OF STATE
TALLAHASSEE, FLORIDA

900012974659
02/21/03--01112--023  **300.00

DO NOT WRITE IN THIS SPACE

**4. FEI Number**
65-0883967

Applied For ☐
Not Applica

**5. Certificate of Status Desired** ☐
$8.75 Additional Fee Required

**7. Name and Address of Current Registered Agent**

Name
R. Gebers

Street Address (P.O. Box Number is Not Acceptable)

130 NE 4th Avenue

City Deerfield Beach    FL    Zip Code 33441

**10. Election Campaign Financing Trust Fund Contribution.** ☐    $5.00 May Be Added to Fees

| 11. | OFFICERS AND DIRECTORS | | |
|---|---|---|---|
| TITLE | PSU I | TITLE | |
| NAME | R. Gebers | NAME | |
| STREET ADDRESS | 130 NE 4th Avenue | STREET ADDRESS | |
| CITY-ST-ZIP | Deerfield Beach, FL. 33441 | CITY-ST-ZIP | |
| TITLE | | TITLE | |
| NAME | | NAME | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY-ST-ZIP | | CITY-ST-ZIP | |
| TITLE | | TITLE | DO NOT WRITE |
| NAME | | NAME | |
| STREET ADDRESS | | STREET ADDRESS | IN THIS SPACE |
| CITY-ST-ZIP | | CITY-ST-ZIP | |
| TITLE | | TITLE | |
| NAME | | NAME | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY-ST-ZIP | | CITY-ST-ZIP | |
| TITLE | | TITLE | |
| NAME | | NAME | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY-ST-ZIP | | CITY-ST-ZIP | |
| TITLE | | TITLE | |
| NAME | | NAME | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY-ST-ZIP | | CITY-ST-ZIP | |

**13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or on an attachment with an address, with all other like empowered.**

SIGNATURE:    SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    14    Date  7/18/03    Daytime Phone #

2003

# FOR PROFIT CORPORATION — UNIFORM BUSINESS REPORT (UBR)

DOCUMENT # P01000072771

**1. Entity Name**

Wartburg Enterprises, Inc.

## DO NOT WRITE IN THIS SPACE

| 2. Principal Place of Business | 3. Mailing Address | DO NOT WRITE IN THIS SPACE |
|---|---|---|

Suite, Apt. #, etc.
130 NE 4th Avenue    130 NE 4th Avenue

City & State
Deerfield Beach, Florida    Deerfield Beach, Florida

**4. FEI Number** 65-088 3967    Applied / Not App.

Zip 33441    Country    Zip 33441    Country

**5. Certificate of Status Desired** ☐    $8.75 Additional Fee Required

## DO NOT WRITE IN THIS SPACE

**7. Name and Address of Current Registered Agent**

Name R. Gebers

Street Address (P.O. Box Number is Not Acceptable)
130 NE 4th Avenue

City Deerfield Beach    FL    Zip Code 33441

8. The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE _____    Signature, typed or printed name of registered agent and title if applicable.    (NOTE: Registered Agent signature required when reinstating)    2/18/03    DATE

9. This corporation is eligible to satisfy its Intangible Tax filing requirement and elects to do so. ☐ (See criteria on back)

January 1-May 1 Fee is $150.00
After May 1 Fee is $550.00
Amended UBR is $61.25
Make Check Payable to Department of State

10. Election Campaign Financing Trust Fund Contribution. ☐    $5.00 May be Added to Fee

**11.**    **OFFICERS AND DIRECTORS**

| TITLE | PSUT | TITLE | |
|---|---|---|---|
| NAME | R. Gebers | NAME | |
| STREET ADDRESS | 130 NE 4th Ave | STREET ADDRESS | |
| CITY-ST-ZIP | Deerfield Beach, FL 33441 | CITY-ST-ZIP | |
| TITLE | | TITLE | |
| NAME | | NAME | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY-ST-ZIP | | CITY-ST-ZIP | |
| TITLE | | TITLE | |
| NAME | | NAME | DO NOT WRITE |
| STREET ADDRESS | | STREET ADDRESS | IN THIS SPACE |
| CITY-ST-ZIP | | CITY-ST-ZIP | |
| TITLE | | TITLE | |
| NAME | | NAME | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY-ST-ZIP | | CITY-ST-ZIP | |
| TITLE | | TITLE | |
| NAME | | NAME | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY-ST-ZIP | | CITY-ST-ZIP | |
| TITLE | | TITLE | |
| NAME | | NAME | |
| STREET ADDRESS | | STREET ADDRESS | |
| CITY-ST-ZIP | | CITY-ST-ZIP | |

13. I hereby certify that the information supplied with this filing does not qualify for the exemption stated in Section 119.07(3)(i), Florida Statutes. I further certify that the information indicated on this report or supplemental report is true and accurate and that my signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears in Block 11 or on an attachment with an address, with all other like empowered.

SIGNATURE: _____    SIGNATURE AND TYPED OR PRINTED NAME OF SIGNING OFFICER OR DIRECTOR    2/18/03    Date    Daytime Phone #

15

WARTBURG ENTERPRISES, INC.
130 N.E. 4TH Avenue
Deerfield Beach
Florida
33441

February 18, 2003

The Department of State
Division of Corporations
Tallahassee
Florida

Dear Sirs:

RE: WARTBURG ENTERPRISES, INC.  P01000072771

   We changed our address in December 2001 and filled out the
relevant address change forms at the post office.

   However, we never received the Annual Corporate Renewal form
through the mail and only after our CPA asked us this month if we
had paid the bill did we realize that the payment had not been
made.  We would appreciate it if you would accept the enclosed
check for $ 300.00, which will include the fees for 2002 and 2003
and also abate the penalty.

   We apologize for any inconvenience caused.

Sincerely,


R. Gerbers (Pres)



FIL ___ S, IN ___ SA ___ O ___
2 ___ 5 LITTL ___ EAL ROAD
(Address)
TALLAHASSEE, FLORIDA 32308        385-6735
(City, State, Zip)        (Phone #)

OFFICE USE ONLY

FILED
01 JUL 24 PM 3:16
SECRETARY OF STATE
TALLAHASSEE FLORIDA

**CORPORATION NAME(S) & DOCUMENT NUMBER(S) (if known):**

1. _Wartburg Enterprises, Inc_
   (Corporation Name)        (Document #)

2. _____
   (Corporation Name)        (Document #)

3. _____
   (Corporation Name)        (Document #)

4. _____
   (Corporation Name)        (Document #)

☑ Walk in     ☐ Pick up time _____     ☐ Certified Copy

☐ Mail out     ☐ Will wait     ☐ Photocopy     ☑ Certificate of Status

RECEIVED
01 JUL 24 PM 2:54
DIVISION OF CORPORATION

| NEW FILINGS |
|---|
| ☑ Profit |
| ☐ NonProfit |
| ☐ Limited Liability |
| ☐ Domestication |
| ☐ Other |

| AMENDMENTS |
|---|
| Amendment |
| Resignation of R.A., Officer/Director |
| Change of Registered Agent |
| Dissolution/Withdrawal |
| Merger |

| OTHER FILINGS |
|---|
| Annual Report |
| Fictitious Name |
| Name Reservation |

| REGISTRATION/ QUALIFICATION |
|---|
| Foreign |
| Limited Partnership |
| Reinstatement |
| Trademark |
| Other |

500004494255--0
-07/25/01--01002--003
*****78.75   *****78.75

| Examiner's Initials | |
|---|---|

CR2E031 (10/92)

www.sunbiz.org - Department of State



| Home | Contact Us | E-Filing Services | Document Searches | Forms | H |

Previous on List     Next on List     Return To List

Events          No Name History                                        Entity Name

# Detail by Entity Name

## Florida Profit Corporation

WARTBURG ENTERPRISES, INC.

## Filing Information

Document Number     P01000072771
FEI Number          900186735
Date Filed          07/24/2001
State               FL
Status              ACTIVE
Last Event          REINSTATEMENT
Event Date Filed    06/26/2007
Event Effective Date NONE

## Principal Address

12248 FM 1485
CONROE TX 77306

Changed 06/26/2007

## Mailing Address

12248 FM 1485
CONROE TX 77306

Changed 06/26/2007

## Registered Agent Name & Address

KAPLAN, GRANT
7200 W CAMINO REAL
#102
BOCA RATON FL 33433 US

Name Changed: 06/26/2007

Address Changed: 06/26/2007

## Officer/Director Detail

Name & Address

http://www.sunbiz.org/scripts/cordet.exe?action=DETFIL&inq_doc_number=P01000072...     12/17/2007

www.sunbiz.org - Department of State                                        Page 2 of 2

Title P

GEBERS, R
7200 W CAMINO REAL #102
BOCA RATON FL 33433

Title V

BUCHANAN, M
12248 FM 1485
CONROE TX 77306

Title V

DAMMANN, H
11392 WARD RD
CONROE TX 77306

## Annual Reports

**Report Year Filed Date**
**2005**        06/26/2007
**2006**        06/26/2007
**2007**        06/26/2007

## Document Images

06/26/2007 -- REINSTATEMENT   |   View image in PDF format   |

02/21/2003 -- ANNUAL REPORT   |   View image in PDF format   |

07/24/2001 -- Domestic Profit   |   View image in PDF format   |

| Note: This is not official record. See documents if question or conflict. |

Previous on List    Next on List        Return To List

Events        No Name History                                    | Entity Name :

Home  Contact us  Document Searches  E-Filing Services  Forms  Help
Copyright and Privacy Policies
Copyright © 2007 State of Florida, Department of State.

http://www.sunbiz.org/scripts/cordet.exe?action=DETFIL&inq_doc_number=P01000072...    12/17/2007

ARTICLES OF INCORPORATION

ARTICLE I - NAME

The name of this corporation is Wartburg Enterprises, Inc.

ARTICLE II - PRINCIPAL OFFICE

The mailing address of this corporation shall be
C/O Grant Kaplan
20283 State Rd 7, Suite 400
Boca Raton, Florida 33498

ARTICLE III - PURPOSE

This corporation is organized for the purpose of transacting any or all lawful business.

ARTICLE IV - CAPITAL STOCK

This corporation is authorized to issue 100 shares of $1.00 par value common stock which shall be designated as "Common Shares".

ARTICLE V - INITIAL REGISTERED OFFICE AND AGENT

The street address of the initial registered office of this corporation is 3732 N.W. 16th Street, Fort Lauderdale, Florida 33311 and the name of the initial registered agent of this corporation at that address is Filings, Inc., a

1

Florida corporation.

### ARTICLE VI - INITIAL BOARD OF DIRECTORS

The Corporation shall initially have one (1) director to hold office until the first annual meeting of stockholders and his successor shall have been duly elected and qualified, or until his earlier resignation, removal from office or death. The number of Directors may be either increased or decreased from time to time in accordance with the By-laws of the Corporation. The name and address of the initial Director is:
R. Gebers
C/O Grant Kaplan, 20283 State Rd 7, Suite 400
Boca Raton, Florida 33498

### ARTICLE VII - INCORPORATOR

The name and address of the Incorporator signing these Articles is:
Filings, Inc., a Florida Corporation
3732 N.W. 16th Street
Fort Lauderdale, Florida 33311

### ARTICLE VIII - PRE-EMPTIVE RIGHTS

Every shareholder, upon the sale for cash of any new stock of this corporation shall have the right to purchase his prorata share thereof (as nearly as may be done without issuance of fractional shares) at the price at which it is offered to others.

### ARTICLE IX - INDEMNIFICATION

The corporation shall indemnify any Officer or Director, or any former Officer or Director, to the full extent permitted by law.

2

ARTICLE X - AMENDMENT

This corporation reserves the right to amend or repeal any provision contained in these Articles of Incorporation, or any amendment hereto, and any right conferred upon the shareholders is subject to this reservation.

IN WITNESS WHEREOF, the undersigned Incorporator has executed these Articles of Incorporation on the date of signing.

Dated: July 24, 2001

Filings, Inc.
by Teresa Roman, Vice-President

_Teresa Roman_
Incorporator

3

Certificate designating place of business or domicile for the service of process within Florida, naming agent upon whom process may be served.

In compliance with Section 607.0501, Florida Statutes, the following is submitted:

First that Wartburg Enterprises, Inc. , desiring to organize or qualify under the laws of the State of Florida, has named Filings, Inc., a Florida corporation, located at 3732 N.W. 16th Street, Fort Lauderdale, Florida, as its agent to accept service of process within Florida.

Dated: July 24, 2001

*Teresa Roman*
Teresa Roman, Incorporator

Having been named to accept service of process for the above stated Corporation, at the place designated in this certificate, I hereby agree to act in this capacity. I further agree to comply with the provisions of all Statutes relative to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Dated: July 24, 2001

Filings, Inc.
by Teresa Roman, Vice-President

*Teresa Roman*

4

EXHIBIT E

*FD 63162*

*Bumbo/Whitson*

# CONDON & FORSYTH LLP

NEW YORK
LOS ANGELES

December 21, 2007

**VIA REGULAR MAIL AND FACSIMILE N0. 707-578-3040**

Jeremy R. Fietz, Esq.
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, California 95401

Re:   **Wendy D. Whitson, et al. v. Bumbo, et al.**
      **United States District Court--Northern District**
      **Case No. CV07-5597 CW**
      **C&F File No.: 1720.63162**

Dear Mr. Fietz:

As we previously advised your firm, we are attorneys for Bumbo (Pty.) Ltd. We have
noted that on December 20, 2007, you filed a request to enter default against "Defendant
Bumbo." In your request to enter default, you rely on an affidavit of service showing
purported service on Bumbo through a Dione Buchanon in Conroe, Texas.

We are writing to advise that our client does not have any offices, officers, or employees
in Texas. Further, contrary to the statements in the affidavit of service, Dione Buchanon
is not an owner of "Bumbo." Additionally, the address at which the summons and
complaint were purportedly served is an address for a Wartburg Enterprises, Inc.
Wartburg Enterprises, Inc. is not authorized to accept service of process on behalf of
Bumbo. Accordingly, any attempts at service on Bumbo by delivering the summons and
complaint to Wartburg Enterprises is not effective service.

We request that you immediately withdraw your request to enter default which you have
improperly filed with the court.

Very truly yours,

Jennifer J. Johnston

JJJ:cj

cc:   Ms. Gail Trabish
      (via email gtrabish@bjg.com)

# CONDON & FORSYTH LLP

New York
Los Angeles
Washington, DC

## FACSIMILE TRANSMISSION

| Date: December 21, 2007 | No. of Pages including fax cover sheet: 2 |
|---|---|
| From: Jennifer J. Johnston | Facsimile No.: (310) 557-1299 |

| RECIPIENT | COMPANY | FAX NO. | PHONE NO. |
|---|---|---|---|
| Jeremy R. Fietz, Esq. | THE EDGAR LAW FIRM | 707.578.3040 | 707.545.3200 |

CONFIDENTIALITY: This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader is not the intended recipient or his/her agent, you have received this document in error, and any review, dissemination, distribution or copying is strictly prohibited. If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(310) 557-2030

Re:   Whitson v. Bumbo, et al.

Please see the attached.

Thank you.

```
       ¤  ¤  ¤  COMM..CATION RESULT REPORT ( DEC. 21. 20.. 3:14PM )  ¤  ¤  ¤
                                      TTI   CONDON & FORSYTH LA 310-557-1299

TRANSMITTED/STORED DEC. 21. 2007  3:13PM
FILE MODE        OPTION              ADDRESS                 RESULT       PAGE
-----------------------------------------------------------------------------
7750 MEMORY TX                       G3   :#11017075783040   OK           2/2
```

```
--------------------------------------------------------------------------
REASON FOR ERROR
E-3) HANG UP OR LINE FAIL              E-2) BUSY
E-3) NO ANSWER                         E-4) NO FACSIMILE CONNECTION
```

# CONDON & FORSYTH LLP

New York
Los Angeles
Washington, DC

## FACSIMILE TRANSMISSION

| Date: December 21, 2007 | No. of Pages including fax cover sheet: 2 |
|---|---|
| From: Jennifer J. Johnston | Facsimile No.: (310) 557-1299 |

| RECIPIENT | COMPANY | FAX No. | PHONE No. |
|---|---|---|---|
| Jeremy R. Fietz, Esq. | THE EDGAR LAW FIRM | 707.578.3040 | 707.545.3200 |

CONFIDENTIALITY: This facsimile and/or accompanying documents are intended for the personal and confidential use of the above recipients. This message may be an attorney-client communication and, as such, is privileged and confidential. If the reader is not the intended recipient or his/her agent, you have received this document in error, and any review, dissemination, distribution or copying is strictly prohibited. If received in error, please call the sender to arrange for the return of the documents.

IF YOU DO NOT RECEIVE ALL THE PAGES PLEASE CALL BACK AS SOON AS POSSIBLE
(310) 557-2030

Re:   Whitson v. Bumbo, et al.

Please see the attached.

Thank you.