UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WENDY D. WHITSON,

                 Plaintiff(s),

               v.

BUMBO BUMBO LIMITED, et al.,

                 Defendant(s).

_____/

CASE NO. C-07-05597-MHP

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

      Counsel report that they have met and conferred regarding ADR and have reached the
following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

      **Court Processes:**
          Non-binding Arbitration (ADR L.R. 4)
          Early Neutral Evaluation (ENE)   (ADR L.R. 5)
          Mediation (ADR L.R. 6)

\*\*\* The case is not amenable to ADR at
this time.  Plaintiff and Defendant Target
prefer to wait until all parties have
appeared.

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is
appreciably more likely to meet their needs than any other form of ADR, must participate in an
ADR  phone conference and may not file this form.  They must instead file a Notice of Need for
ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

      **Private Process:**
          Private ADR (*please identify process and provider*) _____

The parties agree to hold the ADR session by:
          the presumptive deadline *(The deadline is 90 days from the date of the order
          referring the case to an ADR process unless otherwise ordered. )*

          other requested deadline _____

Dated:_____

Dated: 1/25/08

_____
Attorney for Plaintiff

_____
Attorney for Defendant

**[PROPOSED] ORDER**

      Pursuant to the Stipulation above, the captioned matter is hereby referred to:
           Non-binding Arbitration
           Early Neutral Evaluation (ENE)
           Mediation
           Private ADR

      Deadline for ADR session
           90 days from the date of this order.
           other

IT IS SO ORDERED.

Dated:_____

                                   _____

                                   UNITED STATES MAGISTRATE JUDGE