UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

WENDY D. WHITSON,

                    Plaintiff(s),

        v.

BUMBO BUMBO LIMITED, et al.,

                  Defendant(s).

_____/

Case No.  C-07-05597- MHP

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil  L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

**(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (*Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

**(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

**(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 1/28/08

                                [Party]

Dated: 1/25/08

                                [Counsel]

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

A copy of the below-named document was served via email in accordance with the ECF filing system in U.S. District Court - Northern to the below-named recipient(s):

**1.     ADR CERTIFICATION BY PARTIES AND COUNSEL**

Donald S. Edgar, Esq.                              **Attorneys for Plaintiff**
Jeremy R. Fietz, Esq.
Rex Grady, Esq.
Edgar LawFirm
408 College Avenue
Santa Rosa, CA 95401
(707) 545-3200 Phone
(707) 578-3040 Fax
jeremy@classattorneys.com


Jennifer J. Johnston, Esq.                         **Attorneys for Defendant**
Rod S. Margo, Esq.                                 **Bumbo (PTY) Ltd**
Condon & Forsyth LLP
1901 Avenue of the Stars
Suite 850
Los Angeles, CA 90067-6010
310-557-2030
310-557-1299 (fax)
jjohnston@condonlaw.com


I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on January 31, 2008.

_____
Alexine L. Braun

25231\420884

ADR CERTIFICATION BY PARTIES AND COUNSEL - Case No. CV07-5597 MHP