Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile:  (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys *Specially Appearing* for Defendant
BUMBO (PTY) LIMITED

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD., and TARGET CORPORATION,<br><br>　　　　Defendants. | Case No. CV-07-5597 MHP<br><br>NOTICE OF CONTINUANCE OF MOTION TO SET ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS<br><br>Date:　　March 10, 2008<br>Time:　　2:00 p.m.<br>Place:　　Courtroom of the<br>　　　　　　Hon. Marilyn Hall Patel |

PLEASE TAKE NOTICE that defendant Bumbo (Pty) Limited's hearing on its motion to set aside default, quash service, dismiss for improper service, lack of personal jurisdiction and failure to serve and for sanctions previously scheduled to be heard on February 14, 2008, at 2:00 p.m. in Courtroom 2, before the Hon. Claudia Wilkin, has been continued to March 10, 2008, at 2:00 p.m. in Courtroom 15, before the Hon. Marilyn Hall Patel, located at 450 Golden Gate Ave., San Francisco, California.

NOTICE OF CONTINUANCE OF MOTION TO SET ASIDE
DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER
SERVICE, LACK OF PERSONAL JURISDICTION AND
FAILURE TO SERVE, AND FOR SANCTIONS
CASE NO.: CV-07-5597 MHP

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030

| | |
|---|---|
| Dated: January 31, 2008 | CONDON & FORSYTH LLP |
| | By: s/Jennifer J. Johnston |
| | ROD D. MARGO |
| | JENNIFER J. JOHNSTON |
| | Attorneys *Specially Appearing* for Defendant BUMBO (PTY) LIMITED |

-2-

NOTICE OF CONTINUANCE OF MOTION TO SET ASIDE
DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER
SERVICE, LACK OF PERSONAL JURISDICTION AND
FAILURE TO SERVE, AND FOR SANCTIONS
CASE NO.: CV-07-5597 MHP