

| ATTORNEYS | EDGAR LAW FIRM | LEGAL ASSISTANTS |
|---|---|---|
| DONALD S. EDGAR<br>JEREMY R. FIETZ<br>REX GRADY<br>E-Mail<br>don@classattorneys.com<br>jeremy@classattorneys.com<br>jrg@classattorneys.com | ATTORNEYS AND COUNSELORS AT LAW<br>408 COLLEGE AVENUE<br>SANTA ROSA, CALIFORNIA 95401<br>Phone (707) 545-3200 • Facsimile (707) 578-3040 | SELENA A. LA RUE<br>SUSAN SCHWEGMAN<br>E-Mail<br>sal@classattorneys.com<br>susie@classattorneys.com |

February 5, 2008

VIA UPS OVERNIGHT MAIL

Anthony Bowser, Deputy Clerk to
Honorable Marilyn Hall Patel
Northern District of California
450 Golden Gate Avenue,
San Francisco, CA 94102

ph. (415) 522-3140

    Re: **Lamm, et al. v. Bumbo et al. - Case No. 07-04807 MHP**

        and the related case:

    **Whitson, et al. v. Bumbo et al. - Case No. 07-05597 MHP**

Dear Mr. Bowser:

    We are writing to request a schedule consolidation of motion and CMC practice. We are currently scheduled for both a Motion to Dismiss and a CMC (in *Whitson*) on May 3 at 2 pm and 4 pm, respectively, as well as two (almost identical) motions to quash/dismiss scheduled for May 10 at 2 pm (in both the *Whitson* case and the related *Lamm* case).

    We request that the matters scheduled for May 3 be continued to May 10, so that all the matters relating to these two cases may be heard on the same date. In addition, perhaps the CMC could be heard at the end of the 2 pm motion calendar? Counsel for Target has informed us that they do not oppose such a consolidation of the hearing schedule.

    Thank you for your consideration of this request.

        Very truly yours,

        **EDGAR LAW FIRM**

        Jeremy R. Fietz, Esq.

cc. all parties via ECF/Pacer