UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DYLAN LAMM,           No. C 07-04807 MHP
         C 07-05597 MHP
   Plaintiff(s),

   v.          **CLERK'S NOTICE**
         **(Rescheduling Hearing)**

BUMBO,

   Defendant(s).

*And related action(s) as listed*: _____/

    Pursuant to request of counsel, the parties are notified that the hearing of the Motion(s) to Dismiss/Quash in these matters , is RESCHEDULED to Monday, **March 10, 2008, at 2:00 p.m.** Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.  The Case Management Conference currently scheduled in *C 07-05597 MHP* for March 3, 2008, is also RESCHEDULED to Monday, **March 10, 2008 at 2:00 p.m.**

                 Richard W. Wieking
                 Clerk, U.S. District Court

Dated: February 12, 2008        Anthony Bowser, Deputy Clerk to the
                 Honorable Marilyn Hall Patel
                 (415) 522-3140