Donald S. Edgar, Esq. (State Bar No. 139324)
Jeremy R. Fietz, Esq. (State Bar No. 200396)
Rex Grady, Esq. (State Bar No. 232236)
**EDGAR LAW FIRM**
408 College Avenue
Santa Rosa, CA 95401
Telephone: (707) 545-3200
Facsimile: (707) 578-3040

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON, individually and on behalf of all others similarly situated,, <br><br> Plaintiffs, <br> v. <br><br> BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20, <br><br> Defendants. | CASE NO.:CV 07-05597 MHP <br><br> [PROPOSED] ORDER <br><br> Date: March 10, 2008 <br> Time: 2:00 p.m. <br> Place: Courtroom of the Honorable Marilyn Hall Patel |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD**, Defendant Target's Motion To Dismiss in the above captioned matter came on for hearing on March 10, 2008, at 2:00 p.m, before the honorable Marilyn Hall Patel. After consideration of the papers filed by the parties, and argument thereon, and good cause appearing, **THE COURT HEREBY ORDERS THAT:**

      The Defendant's Motion is hereby DENIED.

DATED:

                      By: _____
                           Honorable Judge Marilyn Hall Patel
                           United States District Court
                           Northern District of California