1  Donald S. Edgar, Esq. (State Bar No. 139324)
   Jeremy R. Fietz, Esq. (State Bar No. 200396)
2  Rex Grady, Esq. (State Bar No. 232236)
   **EDGAR LAW FIRM**
3  408 College Avenue
   Santa Rosa, CA 95401
4  Telephone: (707) 545-3200
   Facsimile:  (707) 578-3040
5
   Attorneys for Plaintiffs
6

7
                    IN THE UNITED STATES DISTRICT COURT
8
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   WENDY D. WHITSON, individually and on  )   CASE NO.:CV 07-05597 MHP
11 behalf of all others similarly situated,, )
                                           )
12        Plaintiffs,                      )   **[PROPOSED] ORDER**
      v.                                   )
13                                         )   Date:    **March 10, 2008**
   BUMBO, BUMBO LIMITED, BUMBO             )
14 (PTY) LTD.; TARGET CORPORATION;         )   Time     **2:00 p.m.**
   and DOES 1 to 20,                       )
15                                         )   Place:   **Courtroom of the Honorable**
          Defendants.                      )            **Marilyn Hall Patel**
16 _____)

17 **TO THE PARTIES AND THEIR ATTORNEYS OF RECORD,** Defendant Bumbo (Pty) Ltd.'s

18 Motion To Quash Summons, Set Aside Default, and To Dismiss in the above captioned matter came

19 on for hearing on March 10, 2008, at 2:00 p.m, before the honorable Marilyn Hall Patel.  After

20 consideration of the papers filed by the parties, and argument thereon, and good cause appearing,

21 **THE COURT HEREBY ORDERS THAT:**

22        The Defendant's Motion is hereby DENIED.

23        **In addition, THE COURT HEREBY ORDERS THAT moving Defendant shall pay**

24 **sanctions in the amount of $6000 to Plaintiff and her attorney.**

25

26 DATED:

                        By:  _____
27                           Honorable Judge Marilyn Hall Patel
                             United States District Court
28                           Northern District of California