```
 1
 2
 3
 4
 5
```
UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WENDY WHITSON,

        Plaintiff(s),

    v.

BUMBO, BUMBO LIMITED, et al.,

        Defendant(s).

No. C 07-05597 MHP

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: 2/21/08

        _____
        Signature

Counsel for TARGET STORES, a div.
(Plaintiff, Defendant or indicate "pro se")
of Target Corporation

# CERTIFICATE OF ELECTRONIC SERVICE
## (28 U.S.C. §1746)

I, the undersigned, declare as follows:

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

On the date indicated below, at the above-referenced business location, I served the **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** on the below-named party and caused said document to be transmitted using ECF as specified by General Order No. 45 to the following party:

**Jeremy R. Fietz**  
The Law Office of Donald S. Edgar  
408 College Avenue  
Santa Rosa, CA 95401  
(707) 545-3200  
(707) 578-3040 (fax)  
jeremy@classattorneys.com

**Attorneys for Plaintiff**

**Jennifer J. Johnston**  
Condon & Forsyth LLP  
1901 Avenue of the Stars  
Suite 850  
Los Angeles, CA 90067-6010  
310-557-2030  
310-557-1299 (fax)  
jjohnston@condonlaw.com

**Attorneys for Defendant Bumbo (PTY) Ltd**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Oakland, California, on February 21, 2008.

_____  
Alexine Braun

25231\421989