Rod D. Margo (State Bar No.: 097706)
Jennifer J. Johnston (State Bar No.: 125737)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
Email: rmargo@condonlaw.com
Email: jjohnston@condonlaw.com

Attorneys for *Specially Appearing* Defendant
BUMBO (PTY) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD. and TARGET CORPORATION,<br><br>　　　　Defendants. | Case No. CV07-5597 MHP<br><br>**DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT OF BUMBO (PTY) LTD.'S REPLY TO PLAINTIFF'S OPPOSITION TO *AMENDED* MOTION TO SET ASIDE DEFAULT, QUASH SERVICE, DISMISS FOR IMPROPER SERVICE, LACK OF PERSONAL JURISDICTION AND FAILURE TO SERVE, AND FOR SANCTIONS**<br><br>Date:　March 10, 2008<br>Time:　2:00 p.m.<br>Place:　Courtroom of the Hon.<br>　　　　Marilyn Hall Patel |

I, Jennifer J. Johnston, declare:

1.　I am a member of the law firm of Condon & Forsyth LLP, attorneys of record for defendant Bumbo (Pty) Ltd. I have personal knowledge of the facts stated in this declaration, except for those facts stated upon information and belief and, as to those facts, I am informed and believe that they are true and correct. If called as a witness, I could competently testify to these facts. I submit this

---

DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT
OF BUMBO (PTY) LTD.'S REPLY TO PLAINTIFF'S
OPPOSITION TO *AMENDED* MOTION TO SET ASIDE
DEFAULT, QUASH SERVICE AND DISMISS FOR
INSUFFICIENT SERVICE OF PROCESS AND LACK OF
PERSONAL JURISDICTION
CASE NO.: CV07-5597 MHP

declaration in support of Bumbo (Pty) Ltd.'s Reply to Plaintiff's Opposition to the Amended Motion to Set Aside Default, Quash Service and Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction and for Sanctions.

2.  Attached hereto as Exhibit "A" is a true and correct copy of Rule 4 of the South African Rules of Court. I am informed and believe that Rule 4 provides that any documentation initiating proceedings shall be effected by the Sheriff.

3.  In addition to plaintiff's counsel in this case, I have contacted attorneys for plaintiffs in other cases presently pending against Bumbo (Pty) Ltd., and have asked them to contact me if they believed they served Bumbo (Pty) Ltd. Plaintiff's counsel in the case at hand were the only attorneys who refused to cooperate and provide information.

4.  In one of the other pending cases, also styled as a class action and entitled *Mathison v. Bumbo, et al.*, Case No. 07CC01399, venued in California state court, specifically, Orange County, plaintiffs' counsel has acknowledged that there are service requirements for service on foreign corporations and has indicated that he is currently in the process of serving Bumbo (Pty) Ltd. via a letter rogatory. Plaintiffs' counsel also told me that he had spoken with counsel for plaintiff in the case at hand and expressed his view that a letter rogatory was the only appropriate method by which to serve Bumbo (Pty) Ltd.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 25th day of February 2008 at Los Angeles, California.

_____
Jennifer J. Johnston

DECLARATION OF JENNIFER J. JOHNSTON IN SUPPORT     - 2 -
OF BUMBO (PTY) LTD.'S REPLY TO PLAINTIFF'S
OPPOSITION TO *AMENDED* MOTION TO SET ASIDE
DEFAULT, QUASH SERVICE AND DISMISS FOR
INSUFFICIENT SERVICE OF PROCESS AND LACK OF
PERSONAL JURISDICTION
CASE NO.: CV07-5597 MHP