Donald S. Edgar, Esq. (State Bar No. 139324)
Jeremy R. Fietz, Esq. (State Bar No. 200396)
Rex Grady, Esq. (State Bar No. 232236)
**EDGAR LAW FIRM**
408 College Avenue
Santa Rosa, CA  95401
Telephone: (707) 545-3200
Facsimile:  (707) 578-3040

Attorneys for Plaintiffs

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON, individually and on behalf of all others similarly situated,, <br><br> Plaintiffs, <br> v. <br><br> BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20, <br><br> Defendants. | CASE NO.:CV 07-05597 MHP <br><br> **[PROPOSED] ORDER** <br><br> Date:    March 24, 2008 <br> Time:    2:00 p.m. <br> Place:   Courtroom of the Honorable Marilyn Hall Patel |

**TO THE PARTIES AND THEIR ATTORNEYS OF RECORD,** Defendant Bumbo (Pty) Ltd.'s Motion To Quash Summons and To Dismiss in the above captioned matter came on for hearing on March 24, 2008, at 2:00 p.m, before the honorable Marilyn Hall Patel.  After consideration of the papers filed by the parties, and argument thereon, and good cause appearing, **THE COURT HEREBY ORDERS THAT:**

The Defendant's Motion is hereby DENIED.

DATED:

By: _____
Honorable Judge Marilyn Hall Patel
United States District Court
Northern District of California