UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM et al,<br><br>　　　　Plaintiff(s),<br><br>　v.<br><br>BUMBO et al,<br><br>　　　　Defendant(s).<br>*And related action(s) as listed:* _____ / | No. C 07-04807 MHP<br>　　C 07-05597 MHP<br><br>**CLERK'S NOTICE**<br>**(Matters to be submitted on papers)** |

　　　Defendants, having moved this Court for a hearing on March 10, 2008, the parties are hereby notified that the motions and case management conference will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. District Court

Dated: March 10, 2008　　　　　　　　　　　Anthony Bowser, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　　　Honorable Marilyn Hall Patel
　　　　　　　　　　　　　　　　　　　　　　(415) 522-3140