UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYLAN LAMM et al, | No. C 07-04807 MHP |
| | C 07-05597 MHP |
| Plaintiff(s), | |
| | **CLERK'S NOTICE** |
| v. | **(Matter to be submitted on papers)** |
| BUMBO et al, | |
| Defendant(s). | |

*And related action(s) as listed* _____/

Defendants, having moved this Court for a hearing on March 24, 2008, the parties are hereby notified that the motions to dismiss/quash will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED. No further submissions related to matters already before this court without prior leave of court.

Richard W. Wieking
Clerk, U.S. District Court

Dated: March 13, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140