GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA  94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
*gtrabish@bjg.com*

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

## UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON,<br><br>       Plaintiff,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION,<br><br>       Defendants. | Case No.:  C-07-05597 MHP<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br><br><br>Complaint Filed:    November 2, 2007 |

TO THE ABOVE ENTITLED COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant TARGET STORES, a division of Target Corporation, hereby makes the following substitution of counsel:

> Dennis B. Kass, Esq.
> Manning & Marder
> Kass, Ellrod, Ramirez LLP
> 801 South Figueroa Street, 15th Floor
> Los Angeles, CA  90017
> (213) 430-2614
> (213) 624-6999
> dbk@mmker.com

/ / /

/ / /

/ / /

-1-

Per stipulation, the parties consent to said substitution.

DATED:  May 23 , 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: _____
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division
of Target Corporation
(former)

DATED: 5-20- , 2008

TARGET CORPORATION

By: _____
CAROL J. WEINFURTNER
Authorized Signatory
Target Corporation

DATED:              , 2008

MANNING & MARDER, KASS, ELLROD
RAMIREZ LLP

By:_____
DENNIS B. KASS, ESQ.
Attorneys for Defendant TARGET
STORES, a division of
Target Corporation
(current)

2S231\432732

1          Per stipulation, the parties consent to said substitution.

2

3     DATED:  May _____, 2008

4                                                    BOORNAZIAN, JENSEN & GARTHE
                                                     A Professional Corporation
5

6                                                    By: _____
                                                          GAIL C. TRABISH, ESQ.
7                                                         Attorneys for Defendant
                                                        TARGET STORES, a division
8                                                          of Target Corporation
                                                               (former)
9

10    DATED:  _____, 2008                        TARGET CORPORATION

11

12

13                                                   By: _____
                                                         CAROL J. WEINFURTNER
14                                                       Authorized Signatory
                                                         Target Corporation
15

16    DATED: May 20, 2008                            MANNING & MARDER, KASS, ELLROD
                                                     RAMIREZ LLP
17

18

19                                                   By: _____
                                                         DENNIS B. KASS, ESQ.
20                                                    Attorneys for Defendant TARGET
                                                          STORES, a division of
21                                                        Target Corporation
                                                               (current)
22    25231\432732

23

24

25

26

27

28

-2-

1

## CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

2

3

I am employed in the County of Alameda, State of California.  I am over the age of

4

18 years and not a party to the within action.  My business address is 555 12th Street, Suite

1800,    P. O. Box 12925, Oakland, California 94604-2925.

5

A copy of the below-named document was served via email in accordance with the

6

ECF filing system in U.S. District Court - Northern to the below-named recipient(s):

7

1.    **SUBSTITUTION OF ATTORNEYS**

8

9

Donald S. Edgar, Esq.                    **Attorneys for Plaintiff**
Jeremy R. Fietz, Esq.

10

Rex Grady, Esq.
Edgar LawFirm

11

408 College Avenue
Santa Rosa, CA  95401

12

(707) 545-3200  Phone
(707) 578-3040  Fax

13

jeremy@classattorneys.com

14

15

Jennifer J. Johnston, Esq.                **Attorneys for Defendant**
Rod S. Margo, Esq.                         **Bumbo (PTY) Ltd**

16

Condon & Forsyth LLP
1901 Avenue of the Stars

17

Suite 850
Los Angeles, CA 90067-6010

18

310-557-2030
310-557-1299 (fax)

19

jjohnston@condonlaw.com

20

21

I declare under penalty of perjury that the foregoing is true and correct.  Executed at

22

Oakland, California on May __23__, 2008.

23

_____
Alexine L. Braun

24

25231\420884

25

26

27

28

-3-