GAIL C. TRABISH, ESQ. (#103482)
BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation
555 12th Street, Suite 1800
P. O. Box 12925
Oakland, CA 94604-2925
Telephone: (510) 834-4350
Facsimile: (510) 839-1897
gtrabish@bjg.com

Attorneys for Defendant
TARGET STORES, a division
of Target Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON,<br><br>        Plaintiff,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION,<br><br>        Defendants. | Case No.: C-07-05597 MHP<br><br>**SUBSTITUTION OF ATTORNEYS**<br><br><br><br>Complaint Filed:    November 2, 2007 |

TO THE ABOVE ENTITLED COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendant TARGET STORES, a division of Target Corporation, hereby makes the following substitution of counsel:

Dennis B. Kass, Esq.
Manning & Marder
Kass, Ellrod, Ramirez LLP
801 South Figueroa Street, 15th Floor
Los Angeles, CA 90017
(213) 430-2614
(213) 624-6999
dbk@mmker.com

/ / /

/ / /

/ / /

1  Per stipulation, the parties consent to said substitution.

3  DATED: May 23, 2008

BOORNAZIAN, JENSEN & GARTHE
A Professional Corporation

By: /s/ *signature*
GAIL C. TRABISH, ESQ.
Attorneys for Defendant
TARGET STORES, a division
of Target Corporation
(former)

10  DATED: 5-20-, 2008

TARGET CORPORATION

By: /s/ Carol J. Weinfurtner
CAROL J. WEINFURTNER
Authorized Signatory
Target Corporation

16  DATED:          , 2008

MANNING & MARDER, KASS, ELLROD RAMIREZ LLP

By:_____
DENNIS B. KASS, ESQ.
Attorneys for Defendant TARGET
STORES, a division of
Target Corporation
(current)

25231\432732

5/27/2008

IT IS SO ORDERED
/s/ Judge Marilyn H. Patel

-2-
Substitution of Attorneys - Case No. CV07-5597 MHP

1  Per stipulation, the parties consent to said substitution.

2

3  DATED: May ____, 2008

4                                              BOORNAZIAN, JENSEN & GARTHE
                                               A Professional Corporation
5

6                                              By: _____
                                                   GAIL C. TRABISH, ESQ.
7                                                  Attorneys for Defendant
                                                   TARGET STORES, a division
8                                                  of Target Corporation
                                                   (former)
9

10 DATED: _____, 2008                     TARGET CORPORATION

11

12

13

14                                             By:_____
                                                   CAROL J. WEINFURTNER
                                                   Authorized Signatory
15                                                 Target Corporation

16 DATED: May 20, 2008                         MANNING & MARDER, KASS, ELLROD
                                               RAMIREZ LLP
17

18

19                                             By:_____
                                                   DENNIS B. KASS, ESQ.
20                                                 Attorneys for Defendant TARGET
                                                   STORES, a division of
21                                                 Target Corporation
                                                   (current)
22 25231\432732

23

24

25

26

27

28

-2-

Substitution of Attorneys - Case No. CV07-5597 MHP

# CERTIFICATE OF SERVICE
## (28 U.S.C. §1746)

I am employed in the County of Alameda, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 12th Street, Suite 1800, P. O. Box 12925, Oakland, California 94604-2925.

A copy of the below-named document was served via email in accordance with the ECF filing system in U.S. District Court - Northern to the below-named recipient(s):

1. **SUBSTITUTION OF ATTORNEYS**

| | |
|---|---|
| Donald S. Edgar, Esq.<br>Jeremy R. Fietz, Esq.<br>Rex Grady, Esq.<br>Edgar LawFirm<br>408 College Avenue<br>Santa Rosa, CA  95401<br>(707) 545-3200  Phone<br>(707) 578-3040  Fax<br>jeremy@classattorneys.com | **Attorneys for Plaintiff** |
| Jennifer J. Johnston, Esq.<br>Rod S. Margo, Esq.<br>Condon & Forsyth LLP<br>1901 Avenue of the Stars<br>Suite 850<br>Los Angeles, CA 90067-6010<br>310-557-2030<br>310-557-1299 (fax)<br>jjohnston@condonlaw.com | **Attorneys for Defendant**<br>**Bumbo (PTY) Ltd** |

I declare under penalty of perjury that the foregoing is true and correct. Executed at Oakland, California on May 23, 2008.

_____
Alexine L. Braun

25231\420884