UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD., and TARGET CORPORATION,<br><br>Defendants. | Case No. CV-07-5597 MHP<br><br>[PROPOSED] ORDER DENYING PLAINTIFF WENDY D. WHITSON *ET AL.*'S ADMINISTRATIVE MOTION REQUESTING AN ORDER DESIGNATING MANNER OF SERVICE<br><br>Date: |

Having considered the Administrative Motion of Plaintiffs Dylan Lamm, *et al.* (hereinafter "Plaintiffs") for an Order Designating An Alternative Manner of Service, the Court finds:

1.  Plaintiffs are not entitled to relief under Civil Local Rule 7-11.

/ / /

/ / /

/ / /

/ / /

[PROPOSED] ORDER DENYING ADMINISTRATIVE
MOTION REQUESTING AN ORDER DESIGNATING
MANNER OF SERVICE
CASE NO.: CV-07-5597 MHP
3272v.1

IT IS THEREFORE ORDERED that:

1. The administrative motion be **DENIED**.

Dated: ____________________

____________________
UNITED STATES DISTRICT JUDGE
HONORABLE MARILYN HALL PATEL

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030