1  DENNIS B. KASS (State Bar No. 137263)
   EVELINA SERAFINI (State Bar No. 187137)
2  MANNING & MARDER
   KASS, ELLROD, RAMIREZ LLP
3  15th Floor at 801 Tower
   801 South Figueroa Street
4  Los Angeles, CA 90017
   Telephone: (213) 624-6900
5  Facsimile: (213) 624-6999
   Email: DBK@MMKER.COM; EMS@MMKER.COM
6
   Attorneys for Defendants
7  TARGET CORPORATION

8               UNITED STATES DISTRICT COURT

9               NORTHERN DISTRICT OF CALIFORNIA

10

11 | WENDY D. WHITSON, individually and on ) | Case No.: CV 07-05597 MHP
   | behalf of all others similarly situated,   )
12 |                                            ) | **PROOF OF SERVICE RE**
   |                  Plaintiffs,               ) | **ANSWER OF DEFENDANT**
13 |                                            ) | **TARGET CORPORATION**
   | vs.                                        ) | **TO PLAINTIFFS'**
14 |                                            ) | **COMPLAINT FILED**
   | BUMBO, BUMBO LIMITED, BUMBO                ) | **NOVEMBER 2, 2007;**
15 | (PTY) LTD.; TARGET CORPORATION;            ) | **DEMAND FOR JURY TRIAL**
   | and DOES 1 to 20                           )
16 |                                            )
   |                  Defendants.               )
17 |                                            )
   |                                            ) | Complaint Filed: 11/2/07
18 |                                            )

19                    **CERTIFICATE OF SERVICE**
                  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES
20
        I am employed in the County of Los Angeles, State of California. I am over
21 the age of 18 and not a party to the within action; my business address is 801 South
   Figueroa Street, 15th Floor, Los Angeles, California 90017.
22
        A copy of the document described as **PROOF OF SERVICE RE ANSWER
23 OF DEFENDANT TARGET CORPORATION TO PLAINTIFFS'
   COMPLAINT FILED NOVEMBER 2, 2007; DEMAND FOR JURY TRIAL**
24 was served via e-mail in accordance with the ECF filing system in U.S. District
   Court - Northern to the below-named recipient(s):
25

26 Donald S. Edgar, Esq.                    *Attorneys for Plaintiff,*
   Jeremy R. Fietz, Esq.                    *Wendy D. Whitson*
27 Rex Grady, Esq.
   EDGAR LAW FIRM
28 408 College Avenue
   Santa Rosa, CA 95401

---
-1-   G:\docsdata\DBK\Whitson v. Target\Pleadings\POS re Answer to Comp.wpd
PROOF OF SERVICE RE ANSWER TO COMPLAINT

|   |   |
|---|---|
| Phone: (707) 545-3200<br>Fax: (707) 578-3040<br>E-Mail: jeremy@classattorneys.com |   |
| Jennifer J. Johnston, Esq.<br>Rod S. Margo, Esq.<br>CONDON & FORSYTH, LLP<br>1901 Avenue of the Stars, Ste. 850<br>Los Angeles, CA 90067-6010<br>Phone: (310) 557-2030<br>Fax: (310) 557-1299<br>E-Mail: jjohnston@condonlaw.com | ***Attorneys for Defendant,<br>BUMBO (PTY) LTD.*** |

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on September 4, 2008 at Los Angeles, California.

_____
BRENDA LEONARDO