DENNIS B. KASS (State Bar No. 137263)
EVELINA SERAFINI (State Bar No. 187137)
MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
Email: DBK@MMKER.COM; EMS@MMKER.COM

Attorneys for Defendant,
TARGET CORPORATION

DONALD S. EDGAR, ESQ. (State Bar No. 139324)
JEREMY R. FIETZ, ESQ. (State Bar No. 200396)
EDGAR LAW FIRM
408 College Avenue
Santa Rosa, CA 95401
Phone: (707) 545-3200
Fax:   (707) 578-3040
E-Mail: jeremy@classattorneys.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD.; TARGET CORPORATION; and DOES 1 to 20<br><br>　　　　　Defendants. | Case No.: CV 07-05597 MHP<br><br>**PROOF OF SERVICE RE JOINT STATUS CONFERENCE STATEMENT**<br><br><br>Date:　　　September 15, 2008<br>Time:　　　3:00 p.m.<br>Courtroom: 15 |

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

　　　I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

A copy of the document described as **JOINT STATUS CONFERENCE STATEMENT** was served via e-mail in accordance with the ECF filing system in U.S. District Court - Northern to the below-named recipient(s):

| | |
|---|---|
| Donald S. Edgar, Esq.<br>Jeremy R. Fietz, Esq.<br>Rex Grady, Esq.<br>EDGAR LAW FIRM<br>408 College Avenue<br>Santa Rosa, CA 95401<br>Phone:  (707) 545-3200<br>Fax:       (707) 578-3040<br>E-Mail: jeremy@classattorneys.com | *Attorneys for Plaintiff,*<br>*Wendy D. Whitson* |
| Jennifer J. Johnston, Esq.<br>Rod S. Margo, Esq.<br>CONDON & FORSYTH, LLP<br>1901 Avenue of the Stars, Ste. 850<br>Los Angeles, CA  90067-6010<br>Phone:   (310) 557-2030<br>Fax:        (310) 557-1299<br>E-Mail: jjohnston@condonlaw.com | *Attorneys for Defendant,*<br>*BUMBO (PTY) LTD.* |

☒ **(BY MAIL)** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid. I placed such envelope with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **(FEDERAL)** I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

Executed on September 8, 2008 at Los Angeles, California.

_____
Brenda Leonardo

-2-
G:\docsdata\DBK\Whitson v. Target\Pleadings\POS re Joint Status Conf Stmt.wpd
PROOF OF SERVICE RE JOINT STATUS CONFERENCE STATEMENT