Frank A. Silane (State Bar No.: 90940)
Jennifer J. Johnston (State Bar No.: 125737)
Christopher B. Queally (State Bar No.: 229154)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030
Facsimile: (310) 557-1299
fsilane@condonlaw.com
jjohnston@condonlaw.com
cqueally@condonlaw.com

Attorneys for Defendant
BUMBO (PTY) LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WENDY D. WHITSON, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BUMBO, BUMBO LIMITED, BUMBO (PTY) LTD., and TARGET CORPORATION,<br><br>Defendants. | Case No. CV-07-5597 MHP<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Defendants Bumbo (Pty) Ltd. and Target Corporation, and plaintiff Wendy D. Whitson, hereby request that the above referenced action be, and hereby is, dismissed with prejudice in its entirety pursuant to Federal Rules of Civil
//
//
//
//

1 Procedure Rule 41 (a)(1); with all parties to bear their own costs and attorney's
2 fees.
3
4 Dated: May 13, 2009        CONDON & FORSYTH LLP
5
6                             By: _____
7                                 FRANK A. SILANE
                                  JENNIFER J. JOHNSTON
8                                 CHRISTOPHER B. QUEALLY
                                  Attorneys for Defendant
9                                 BUMBO (PTY) LTD.

10 Dated: May 13, 2009        MANNING & MARDER, KASS, ELLROD,
                              RAMIREZ, LLP
11
12
                              By: _____
13                                DENNIS BRUCE KASS
14                                WILLIAM BOWEN
                                  Attorneys for Defendant
15                                TARGET CORPORATION

16 Dated: May __, 2009        EDGAR LAW FIRM
17
18
                              By: _____
19                                DONALD S. EDGAR
                                  JEREMY R. FIETZ
20                                J. REX GRADY
                                  Attorneys for Plaintiff
21                                WENDY D. WHITSON
22
23
24
25
26
27
28

---

STIPULATION OF DISMISSAL WITH PREJUDICE                     2
CASE NO.: CV-07-5597 MHP

*Left margin: 1901 Avenue of the Stars, Suite 850, Los Angeles, California 90067-6010, Telephone: (310) 557-2030 — CONDON & FORSYTH LLP*

1 Procedure Rule 41 (a)(1); with all parties to bear their own costs and attorney's
2 fees.

3 Dated: May __, 2009                    CONDON & FORSYTH LLP

6                                         By: _____
7                                              FRANK A. SILANE
                                               JENNIFER J. JOHNSTON
8                                              CHRISTOPHER B. QUEALLY
                                               Attorneys for Defendant
9                                              BUMBO (PTY) LTD.

11 Dated: May __, 2009                    MANNING & MARDER, KASS, ELLROD,
                                          RAMIREZ, LLP

14                                        By: _____
15                                             DENNIS BRUCE KASS
                                               WILLIAM BOWEN
16                                             Attorneys for Defendant
                                               TARGET CORPORATION

18 Dated: May 12, 2009                    EDGAR LAW FIRM

21                                        By: /s/ Donald S. Edgar
22                                             DONALD S. EDGAR
                                               JEREMY R. FIETZ
23                                             J. REX GRADY
                                               Attorneys for Plaintiff
24                                             WENDY D. WHITSON

**IT IS SO ORDERED**
*Judge Marilyn H. Patel*

STIPULATION OF DISMISSAL WITH PREJUDICE         - 2 -
CASE NO.: CV-07-5597 MHP

CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, California 90067-6010
Telephone: (310) 557-2030